# EXHIBIT 1

## Application for Emergency Detention (Harris Health EHR Version)

**Prepared By:** Officer M. Hernandez (Badge #8324) **Purported Date:** August 26, 2024
**Subject:** Robert Van Kirk

---

[See attached 1-page document]



## Documents (continued)

**Consent Form - Scan on 2/18/2025  7:37 AM: NOTIFICATION OF EMERGENCY DETENTION**

Scan (below)

Notification – Emergency Detention  NO. _____

Date: _08/26/2024_  Time: _2003 hrs_____

VAN KIRK, ROBERT
MRN: ■■■■■  HAR: ■■■■■
DOB: ■■/1990 (34 yrs)  Sex: Male
Admit Date: (Not on file)

H
A
R
R
I
S

THE STATE OF TEXAS
FOR THE BEST INTEREST AND PROTECTION OF:
VAN KIRK, Robert  W/M ■■■/1990

### NOTIFICATION OF EMERGENCY DETENTION

Now comes _M. HERNANDEZ_____, a peace officer with (name of agency) _Houston_____
_Police Department_____, of the State of Texas, and states as follows:

1.  I have reason to believe and do believe that (name of person to be detained)
    _VAN KIRK,ROBERT_____ evidences mental illness.

2.  I have reason to believe and do believe that the above-named person evidences a substantial risk of serious harm to himself/herself or others based upon the following:
    THE CONSUMER BELIEFS HE IS UNDER CYBER ATTACK, SOMEOME HAS TOLEN HIS IDENTITY, SOMEONE HAS HACKED HIS PHONE, CONSUMER HAS NOT SLEPT IN DAYS,

    CONSUMER CALLED 911 AND BELIEFS THAT 911 CALL TAKER IS NOT REAL, CONSUMER BELIEFS HE IS BEING WIRED TAPPED FOR A CIVIL SITUATION. CONSUMER STATED THAT HE IS DIOGNOSED WITH

    DEPRESSION, ANXIETY, AND ADHD AND DID NOT TAKE HIS MEDICATION TODAY.

3.  I have reason to believe and do believe that the above risk of harm is imminent unless the above-named person is immediately restrained.

4.  My beliefs are based upon the following recent behavior, overt acts, attempts, statements, or threats observed by me or reliably reported to me:
    BASED ON THE CONSUMER'S STATEMENT, IT IS MY BELIEF THAT HE IS PARANOID DO TO HIS STATEMENTS AND SHOWING SIGNS OF MENTALL CAPACITY DETERIORATION.

NO CHARGES

5.  The names, addresses, and relationship to the above-named person of those persons who reported or observed recent behavior, acts, attempts, statements, or threats of the above-named person are (if applicable):
    None

For the above reasons, I present this notification to seek temporary admission to the (name of facility)
_Ben Taub Hospital_____ inpatient mental health facility or hospital facility for the detention of (name of person to be detained) _VAN KIRK,ROBERT_____ on an emergency basis.

6.  Was the person restrained in any way? Yes☑ No☐

    M. HERNANDEZ _(signature)_  BADGE NO. _8324_____
    PEACE OFFICER'S SIGNATURE

    Address: _8300 MYKAWA RD_____  Zip Code: _77048_____
    Telephone: _8323941600_____

A mental health facility or hospital emergency department may not require a peace officer to execute any form other than this form as a predicate to accepting for temporary admission a person detained under Section 573.001, Texas Health and Safety Code.

# EXHIBIT 2

## Sworn Application for Emergency Detention (Harris County Probate Court Version)

**Source:** Harris County Probate Court No. 3 (Cause No. 360232) **Officer:** M. Hernandez (Badge #8324) **Date:** August 26, 2024

[See attached authenticated court record]

# 360232

Date: 08/26/2024     Time: 2003 hrs

**THE STATE OF TEXAS**
**FOR THE BEST INTEREST AND PROTECTION OF:**
VAN KIRK, Robert  W/M____1990

VAN KIRK, ROBERT
MRN: ▮▮▮▮▮  HAR: ▮▮▮▮▮▮▮
DOB: ▮▮1990 (34 yrs)  **Sex:** Male
**Admit Date:** (Not on file)

H
A
R
R
I
S

## NOTIFICATION OF EMERGENCY DETENTION

Now comes M. HERNANDEZ _____, a peace officer with (name of agency) Houston

Police Department _____, of the State of Texas, and states as follows:

1. I have reason to believe and do believe that (name of person to be detained)
VAN KIRK,ROBERT _____ evidences mental illness.

2. I have reason to believe and do believe that the above-named person evidences a substantial risk of serious harm to himself/herself or others based upon the following:

THE CONSUMER BELIEFS HE IS UNDER CYBER ATTACK, SOMEOME HAS TOLEN HIS IDENTITY, SOMEONE HAS HACKED HIS PHONE, CONSUMER HAS NOT SLEPT IN DAYS,

CONSUMER CALLED 911 AND BELIEFS THAT 911 CALL TAKER IS NOT REAL, CONSUMER BELIEFS HE IS BEING WIRED TAPPED FOR A CIVIL SITUATION, CONSUMER STATED THAT HE IS DIOGNOSED WITH

DEPRESSION, ANXIETY, AND ADHD AND DID NOT TAKE HIS MEDICATION TODAY.

3. I have reason to believe and do believe that the above risk of harm is imminent unless the above-named person is immediately restrained.

4. My beliefs are based upon the following recent behavior, overt acts, attempts, statements, or threats observed by me or reliably reported to me:

BASED ON THE CONSUMER'S STATEMENT, IT IS MY BELIEF THAT HE IS PARANOID DO TO HIS STATEMENTS AND SHOWING SIGNS OF MENTALL CAPACITY DETERIORATION.

NO CHARGES

5. The names, addresses, and relationship to the above-named person of those persons who reported or observed recent behavior, acts, attempts, statements, or threats of the above-named person are (if applicable):

None

For the above reasons, I present this notification to seek temporary admission to the (name of facility) Ben Taub Hospital _____ inpatient mental health facility or hospital facility for the detention of (name of person to be detained) VAN KIRK,ROBERT _____ on an emergency basis.

6. Was the person restrained in any way? Yes☑No☐

M. HERNANDEZ _____ BADGE NO. 8324 _____
**PEACE OFFICER'S SIGNATURE**

Address: 8300 MYKAWA RD _____  Zip Code: 77048 _____

Telephone: 8323941600

A mental health facility or hospital emergency department may not require a peace officer to execute any form other than this form as a predicate to accepting for temporary admission a person detained under Section 573.001, Texas Health and Safety Code.

# EXHIBIT 3

## EDO Signature and Timestamp Comparison

**Source:** Native-vector forensic extraction from Exhibit 1 and Exhibit 2

EXHIBIT 1: Harris Health EHR Version (Scanner Datestamp 02/18/25) EXHIBIT 2: Harris County Probate Court Version (Authenticated Stamp 360232)

[See attached comparison document]

# EXHIBIT A-2: EDO SIGNATURE & TIMESTAMP COMPARISON

Direct, native-vector extractions. Red callout frames independently tailored to neutralize physical document distortion (digital text compression vs. analog scanner stretch).

Coordinates: Exhibit A (x=42.8%, y=75.3%) | Exhibit A-1 (x=49.0%, y=81.0%). Magnification scale locked identically to ensure 1:1 visual parity.

## EXHIBIT A: Harris Health EHR Version (Scanner Datestamp 02/18/25)

detained) VAN KIRK,ROBERT _____ on an emergency ba

6. Was the person restrained in any way? Yes☒ No☐

M. HERNANDEZ _____ BAD
PEACE OFFICER'S SIGNATURE

## EXHIBIT A-1: Harris County Probate Court Version (Authenticated Stamp 360232)

detained) VAN KIRK,ROBERT _____ on an emergency b

6. Was the person restrained in any way? Yes☒ No☐

M. HERNANDEZ _____ BAD
PEACE OFFICER'S SIGNATURE

8300 MYKAWA RD

# EXHIBIT 4

## HPD Incident Card / Cybercrimes Ticket

**Incident No.** 1198816-24 **Offense:** Tampering w/ Electronic

[See attached photograph of the original physical HPD Incident Card]



# HOUSTON POLICE DEPARTMENT

Incident No: 1198816-24

Title: TAMPERING W/ELECTRONIC

Address: 7366 BRACC ST

Date: 8/23/24

Officer's Name: EMERY & ESPOSITO

Unit No. 13V12 K

Crime Prevention: www.houstonpolice.org

Report Gang Tips: www.stophoustongangs.org

# EXHIBIT 5

## Ben Taub Hospital Triage Record

**Date:** August 26, 2024 (19:53) **Facility:** Ben Taub Psychiatric Emergency Center

[See attached clinical intake record]


**ED Care Timeline (continued)**

| Time | Event | Details | Provider |
|---|---|---|---|
| 19:51:59 | **Allergies Reviewed - Fully Assessed** | | Rodriguez, Natividad, RN |
| 19:52 | **Patient arrived in ED** | | Rodriguez, Natividad, RN |
| 19:53:14 | **Arrival Complaint** | paranoid | |
| 19:53:15 | **ED Triage Notes** | Initial encounter with Robert Van Kirk Verified name, DOB and allergies with patient, Patient presents to EC EDO/under Police packet with C/O Paranoid, bizarre behavior  HPD officer Hernandez 8324 States  "patient is getting worse, Patient HX of depression, ADHD   Patient states took caffeine pills, States is willing to go to a locked unit.  Denies fever/chills, chest pain, SOB, n/v/d, constipation, cough. Pt ambulatory with steady gait. In NAD. Airway intact. Respirations unlabored. Advised patient to report any changes in status or symptoms to RN. Moved to POD F ESI 2 area after patient search and changing into Green Scrubs, 1:1 sitter at bedside for safety.<br><br>No past medical history on file.<br><br>Natividad Rodriguez, RN | Rodriguez, Natividad, RN |
| 19:56 | **Travel Screening** | Have you been in contact with someone who was sick? **No / Unsure** ; Do you have any of the following new or worsening symptoms? **None of these** ; Have you traveled internationally or domestically in the last month? **No** Travel Locations: **Travel history not shown for past encounters** | Rodriguez, Natividad, RN |
| 19:56 | **Pre-arrival notification** | **Trauma Pre-Arrival Notification**<br>Pre-arrival Notification: No | Rodriguez, Natividad, RN |
| 19:56 | **Pre Arrival Info Triage** | **Prehospital Treatment**<br>Ambulance Service: No | Rodriguez, Natividad, RN |
| 19:57 | **Complex Vital Signs** | **Other flowsheet entries**<br>Restart Vitals Timer: Yes | Rodriguez, Natividad, RN |
| 19:57 | **Pain Assessments** | **Other flowsheet entries**<br>Pain Reassess : No | Rodriguez, Natividad, RN |
| 19:57 | **Homicide** | **Homicide Risk**<br>Do you feel like hurting others?: No<br>Did you feel like hurting others within last 7 days?: No | Rodriguez, Natividad, RN |
| 19:57 | **Triage Start** | **Start Triage**<br>Start Triage: Start Triage | Rodriguez, Natividad, RN |

# EXHIBIT 6

## Patient Bill of Rights / Consent to Treatment

**Source:** Harris Health System Inpatient Records (MED001) **Page:** 82

[See attached native EHR record - 'Patient Refused to Sign']

# HARRISHEALTH
## SYSTEM

Van Kirk, Robert
MRN: ▮▮▮▮▮  DOB:▮▮/1990  Sex :M
Adm: 8/26/2024 , D/C 8/27/2024
Medicaid #

### 08/26/2024 - ED in Emergency Center BT (continued)

**Documents (continued)**

**Consent Form - Scan on 2/18/2025  7:37 AM: PATIENT'S BILL OF RIGHTS**

Scan (below)

### Patient's Bill of Rights

When you apply for or receive mental health services in the State of Texas, you have many rights. Your most important rights are listed on these four pages. These rights apply to all persons unless otherwise restricted by law or court order. A judge or lawyer will refer to the actual laws. If you want a copy of the laws these rights come from, you can call the Health Facility Licensure and Certification Division of the Texas Department of Health at 1-888-973-0022.

It is the responsibility of this hospital under law to make sure you have been informed of your rights. But just giving you this information does not mean your rights have been protected. This hospital is required to respect and provide for your rights in order to maintain licensure and do business in this state.

#### Your Right to Know Your Rights

*You have the right,* under the rules by which this hospital is licensed, to be given a copy of these as a patient. If you so desire, a copy should also be given to the person of your choice. If a guardian has been appointed for you or you are under 18 years of age, a copy will also be given to your guardian, parent, or conservator.

*You or your parent, managing conservator, or guardian also have the right* to have these rights explained orally and in simple terms and in a way you can understand within 24 hours of being admitted to either a Harris Health hospital or emergency center (e.g., in your language if you are not English-speaking, in sign language if you are hearing impaired, in braille if you are visually impaired, or other appropriate methods).

#### Your Right to Make a Complaint

*You have the right* to make a complaint and to be told how to contact people who can help you. These people and their addresses and phone numbers are listed below.

*You have the right* to be told about Disability Rights Texas when you are admitted and when you are discharged from either a Harris Health hospital or emergency center. Information about how to contact Disability Rights Texas is listed below.

If you believe any of your rights have been violated or you have other concerns about your care , you may contact one or more of the following:

Health Facility Compliance Group (MC 1979)
Texas Health and Human Services Commission
P.O. Box 149347
Austin, TX 78714-9347

1-888-973-0022

Disability Rights Texas
2222 W. Braker Ln.
Austin, TX 78758

1-800-252-9108

VAN KIRK, ROBERT
MRN: ▮▮▮▮  HAR: ▮▮▮▮
DOB: ▮▮▮/1990 (34 yrs)  Sex: Male
Admit Date: (Not on file)

HARRIS

If you have been involuntarily committed and you believe that your attorney did not prepare you case properly or that your attorney failed to represent your point of view to the judge, you may wish to report the attorney's behavior to the Ethics Committee of the State Bar of Texas by writing:

Disciplinary Council
State Bar of Texas
1414 Colorado
P.O. Box 12487
Austin, TX 78711-2487

#### STATEMENT THAT YOU HAVE RECEIVED THIS FORM AND THAT IT HAS BEEN EXPLAINED

_VK_ I certify that I have received a copy of this four-page document prior to admission.
_VK_ I certify that staff have explained its content to me in a language I understand with 24 hours of admission

Date: 8/26/24  Time: 20:26 AM/PM:

_refused to sign_
Patient/Other Legally Responsible Person Name (printed)

_Emmanuel 197055_
Witness Printed Name/Harris Health ID#

_21571_

_____
Patient/Other Legally Responsible Person Name (Signature)

Witness Signature

280766 (7.19)

# EXHIBIT 7

## HPD TPIA Denial — Request No. P121427-082425 (CAD/Dispatch Records)

**From:** Houston Public Information Request Center houstontx@govqa.us **To:** robertwaynevankirk@gmail.com **Date:** Wednesday, August 27, 2025, 4:38 PM CDT **Subject:** [Records Center] Police Department Public Information :: P121427-082425

[See attached native GovQA/Gmail time-stamped record]

 Gmail

Robert Van Kirk <robertwaynevankirk@gmail.com>

## Public Information Act Request :: P121427-082425

Houston Public Information Request Center <houstontx@govqa.us>
To: "robertwaynevankirk@gmail.com" <robertwaynevankirk@gmail.com>                                    Sun, Aug 24, 2025 at 12:43 PM



Dear Robert Van Kirk:

Thank you for your interest in public records of Houston Police Department. Your request has been received and is being processed in accordance with Chapter 552 of Texas Government Code, the Public Information Act. Your request was received in this office on 8/24/2025 and given the reference number P121427-082425 for tracking purposes.

**Records Requested:** Please produce all Computer-Aided Dispatch (CAD) and related records for the Houston Police Department response on August 26, 2024, between 12:00 PM and 8:00 PM CDT, at or near the Sonic Drive-In located at 7470 Bellfort Street (intersection of Bellfort Street and Telephone Road), Houston, TX 77061. The involved party is Robert W. Van Kirk. Specifically, I request: 1. Full CAD event history for any calls for service at this location in that window, including all timestamps, unit assignments, officer arrival/clear times, call-taker notes, and disposition/clearance codes. 2. Incident and offense reports generated for the same event(s), including any supplemental narratives. 3. Dispatcher and call-taker remarks associated with the CAD entries. 4. Unit response details including which units were assigned, en route, on scene, and cleared. 5. Any Mobile Data Terminal (MDT) messages linked to these CAD events. 6. Any property/evidence log entries tied to this incident. If the incident is linked to HPD Case Number 1198816-24, please include all records under that case as well. Notes: - Electronic delivery is preferred (PDF for narratives, CSV/XLSX if CAD exports are available). - If any portion of the records are not held directly by HPD (e.g., vendor or contractor systems), please identify the custodian so the request may be properly directed. - Because many CAD/dispatch records may be subject to short retention cycles, please ensure a preservation hold is applied while this request is pending. - If costs are expected to exceed $150, please provide an itemized estimate for approval before proceeding.

Your request will be forwarded to the relevant Houston Police Department department(s) to locate the information you seek and to determine the volume and any costs associated with satisfying your request. You will be contacted about the availability and/or provided with copies of the records in question. PLEASE NOTE: The Chapter 552 of Texas Government Code, the Public Information Act does not require a governmental body to create new information, to do legal research, or to answer questions.

You can monitor the progress of your request at the link below and you'll receive an email when your request has been completed. Again, thank you for using the Houston Public Information Request Center.

Houston Police Department

To monitor the progress or update this request please log into the Houston Public Information Request Center

 Powered by
GovQA

 Gmail

Robert Van Kirk <robertwaynevankirk@gmail.com>

## [Records Center] Police Department Public Information :: P121427-082425

**Houston Public Information Request Center** <houstontx@govqa.us>
To: "robertwaynevankirk@gmail.com" <robertwaynevankirk@gmail.com>

Wed, Aug 27, 2025 at 4:38 PM

--- Please respond above this line ---



Dear Robert Van Kirk,

The Houston Police Department has reviewed its files, since the case is still open, and since you have agreed to all exceptions, we are NOT releasing any information under section 552.108 regarding the 911 information you have requested pertaining to incident #121581524.

Sincerely,

Joe R. Zapata
HPD Open Records Unit

To monitor the progress or update this request please log into the Houston Public Information Request Center

Powered by
 GovQA

# EXHIBIT 8

## HPD/HEC TPIA Denial — Request No. R259343-082425 (911/CAD/Radio Records)

**From:** Houston Public Information Request Center houstontx@govqa.us **To:** robertwaynevankirk@gmail.com **Date:** Monday, September 1, 2025, 1:35 PM CDT **Subject:** [Records Center] Houston Emergency Center :: R259343-082425

---

[See attached native GovQA/Gmail time-stamped record]

 **Gmail**

Robert Van Kirk <robertwaynevankirk@gmail.com>

## Public Information Act Request :: R259343-082425

Houston Public Information Request Center <houstontx@govqa.us>
To: "robertwaynevankirk@gmail.com" <robertwaynevankirk@gmail.com>

Sun, Aug 24, 2025 at 10:37 AM



Dear Robert Van Kirk:

Thank you for your interest in public records of City of Houston. Your request has been received and is being processed in accordance with Chapter 552 of Texas Government Code, the Public Information Act. Your request was received in this office on 8/24/2025 and given the reference number R259343-082425 for tracking purposes.

**Records Requested:** TIME-SENSITIVE — retention risk approaching Please acknowledge as soon as possible on Monday that responsive records are on preservation hold and that this request is being processed without delay. The most probably date of the incident is August 26th, 2024 meaning that records may be irretrievably lost on Tuesday. Subject: HEC 911/CAD/Radio records — Aug 26, 2024 (±1 day) — Sonic 7470 Bellfort & Garden Villas — MDNs (832) 707-9903, (832) 317-8310 Please produce the following Houston Emergency Center records for Aug 26, 2024, with a search window of Aug 25–27, 2024, covering my calls and related activity near William P. Hobby Airport (HOU) and at Sonic, 7470 Bellfort St, Houston, TX: CAD Event History (full incident timeline and associated entries). Telephony/call-routing metadata for 911 calls and callbacks (ANI/ALI, trunk/queue notes, transfers, ring/answer/disposition codes). 911 audio recordings for my outbound 911 call(s) and any inbound "911/Emergency Services"-labeled callbacks within the same sequence (if retained). Radio/dispatcher logs for call-taking and dispatch, including talkgroup/time stamps and unit assignments. AVL/GPS unit location traces for dispatched units covering the same events (if retained). If any audio is past retention, please confirm in writing and produce all remaining metadata (CAD, telephony, radio logs) and the applicable retention citation. Identifiers to aid your search: Phone numbers: (832) 707-9903 (primary) and (832) 317-8310 (related); inbound callbacks labeled "911/Emergency Services" were not present in the handset log. Locations: Sonic 7470 Bellfort St; Garden Villas / Telephone Rd & Airport Blvd (HOU perimeter). Please cross-reference any associated unit activity. Production & handling: Preservation: This written request triggers preservation—please suspend routine deletion/rotation of potentially responsive records while this request (and any appeal) is pending. Format: Produce in electronic/native format where possible (CSV/JSON/XLSX for structured data; WAV/MP3 for audio). Segregability/index: Release all reasonably segregable portions; for any withholds, provide a brief description and legal basis. Contractor-held records: If responsive data is held by a vendor/contractor, please retrieve and produce it as agency records. Fees & priority (to avoid delays): I authorize costs up to $200 without further approval. If the estimate will exceed $200, please (a) proceed immediately with items 1–4 within that budget (CAD, telephony metadata, radio logs, and any audio still retained) and (b) send an itemized estimate for the remaining items (including AVL/GPS) for my prompt decision.

Your request will be forwarded to the relevant City of Houston department(s) to locate the information you seek and to determine the volume and any costs associated with satisfying your request. You will be contacted about the availability and/or provided with copies of the records in question. PLEASE NOTE: The Chapter 552 of Texas Government Code, the Public Information Act does not require a governmental body to create new information, to do legal research, or to answer questions.

You can monitor the progress of your request at the link below and you'll receive an email when your request has been completed. Again, thank you for using the Houston Public Information Request Center.

City of Houston

To monitor the progress or update this request please log into the Houston Public Information Request Center

Powered by
 **GovQA**

 Gmail

## [Records Center] Houston Emergency Center :: R259343-082425

**Houston Public Information Request Center** <houstontx@govqa.us>
To: "robertwaynevankirk@gmail.com" <robertwaynevankirk@gmail.com>

Mon, Sep 1, 2025 at 1:35 PM

--- Please respond above this line ---



Dear Robert Van Kirk,

The Houston Emergency Center and the Houston Police Department has reviewed its files, since the case is still open, and since you have agreed to all exceptions, we are NOT releasing any information under section 552.108 regarding the 911 information you have requested pertaining to incident #1198816-24.

Sincerely,

Joe R. Zapata
HPD Open Records Unit

To monitor the progress or update this request please log into the Houston Public Information Request Center


Powered by
GovQA

# EXHIBIT 9

## HPD TPIA Status — Request No. P121428-082425 (Body-Worn Camera Footage)

**From:** Houston Public Information Request Center houstontx@govqa.us **To:** robertwaynevankirk@gmail.com **Date:** Sunday, August 24, 2025, 12:52 PM CDT **Subject:** Public Information Act Request :: P121428-082425

---

[See attached native GovQA/Gmail time-stamped record]

 Gmail

Robert Van Kirk <robertwaynevankirk@gmail.com>

## Public Information Act Request :: P121428-082425

**Houston Public Information Request Center** <houstontx@govqa.us>
To: "robertwaynevankirk@gmail.com" <robertwaynevankirk@gmail.com>

Sun, Aug 24, 2025 at 12:52 PM



Dear Robert Van Kirk:

Thank you for your interest in public records of Houston Police Department. Your request has been received and is being processed in accordance with Chapter 552 of Texas Government Code, the Public Information Act. Your request was received in this office on 8/24/2025 and given the reference number P121428-082425 for tracking purposes.

**Records Requested:** Pursuant to Tex. Occ. Code §1701.661, I request the following Body-Worn Camera (BWC) and In-Car Video recordings from the Houston Police Department: Incident: Police response involving Robert W. Van Kirk Date: August 26, 2024 Time: Between 12:00 PM and 8:00 PM CDT Location: near Sonic Drive-In, 7470 Bellfort, Houston, TX 77061 (Bellfort Ave & Telephone Rd) Requested records: 1. All BWC video/audio recorded by HPD officers who responded to this incident during the above window at this location. 2. All in-car/dash camera video/audio from HPD vehicles that responded to or were present on scene during the same timeframe. 3. Metadata for each responsive recording, including officer name, badge number, unit/car identifier, start and end timestamps, and file identifiers. 4. Any roster or assignment sheet that maps which officers/units were dispatched and equipped with BWC for this event. Notes: - I am the subject of the incident and consent to release of recordings depicting me. - Please produce the files in native digital format (MP4 or equivalent) via secure portal/download. - If redactions are necessary for third-party privacy, please redact and release rather than withhold. - If any recordings are retained or stored by contractors on behalf of HPD, they are considered HPD records and should be retrieved and produced. - Because BWC and MVR recordings may be subject to limited retention if not linked to a case, please ensure a preservation hold is applied for all responsive media while this request is pending. - If costs are expected to exceed $150, please provide an itemized estimate for approval before proceeding.

Your request will be forwarded to the relevant Houston Police Department department(s) to locate the information you seek and to determine the volume and any costs associated with satisfying your request. You will be contacted about the availability and/or provided with copies of the records in question. PLEASE NOTE: The Chapter 552 of Texas Government Code, the Public Information Act does not require a governmental body to create new information, to do legal research, or to answer questions.

You can monitor the progress of your request at the link below and you'll receive an email when your request has been completed. Again, thank you for using the Houston Public Information Request Center.

Houston Police Department

To monitor the progress or update this request please log into the Houston Public Information Request Center

Powered by
GovQA



# Welcome To Houston's
# Public Information Request Center

## Menu

⌂ Home

☑ Submit a Request

Q Frequently Asked Questions

▦ Trending Topics

▤ Public Records Archive

♟ My Request Center

## FAQs

How will I receive the records in response to my request?

How do I obtain information regarding the Public Information Act?

How are written questions to the City treated under the Public Information Act?

See All FAQs Q

---

View Message(s)

Request / Incident Summary

| | |
|---|---|
| **Request Type:** | Police Department Public Information |
| **Description:** | Calls for Service, Uniform Crime Reports, Accident Reports, Incident and Offense Reports, Arrest Records, Body Worn Camera Video Footage |
| **Primary Requester E-Mail:** | robertwaynevankirk@gmail.com |
| **Reference No:** | P121428-082425 |
| **Status:** | Assigned |
| **Balance Due:** | $0.00 |
| **Payments:** | $0.00 |

Additional Information

The Texas Public Information Act (the "TPIA") gives the public the right to request access to government information.
The TPIA is triggered when a person submits a written request to the City. The request must ask for information that is already in existence and you'll typically receive a response within the allotted timeframe of 10 business days.
The Act does not require the City to create new information, compile data, do legal research, or answer questions. A request should be sent to the City department that is the custodian of the information. This is in compliance with the Administrative Procedure 2-9 (.pdf).
The City of Houston may collect a fee as prescribed by law or regulation for the requested documents.
* CERTAIN INFORMATION IN A CUSTOMER'S WATER/SEWER/DRAINAGE ACCOUNT RECORDS, INCLUDING CONTACT INFORMATION, VOLUME OR UNITS OF UTILITY USAGE, AND BILLING AMOUNTS CAN NO LONGER BE DISCLOSED DUE TO PASSAGE OF HOUSE BILL 872. THIS INFORMATION MAY ONLY BE DISCLOSED WHEN THE ACCOUNT HOLDER HAS VOLUNTARILY ELECTED TO DISCLOSE THEIR UTILITY ACCOUNT INFORMATION. THIS INFORMATION CAN BE WITHHELD WITHOUT SEEKING A DECISION FROM THE ATTORNEY GENERAL'S OFFICE PURSUANT TO TEXAS UTILITIES CODE SECTION 182.052(e). FOR DETAILS REGARDING HOUSE BILL 872, PLEASE VISIT https://capitol.texas.gov/BillLookup/Text.aspx?LegSess=87R&Bill=HB872. THANK YOU.

**Type of Records:**
BWC (Body-Worn Camera)
Other

**To properly request body worn camera video, a member of the public is required to provide all of the following information:**
**1. The date and approximate time of the recording;**
**2. The specific location where the recording occurred; and**
**3. The name of one or more involved parties known to be a subject of the recording.**

| | |
|---|---|
| **Approximate Time:** | **Date Of Recording:** |
| August 26th 2024 between noon and 8PM | 8/26/2024 |
| **Date From:** | **Date To:** |
| 8/25/2024 | 8/26/2024 |
| **Location/Intersection:** | **Incident Number:** |
| Bellfort Ave & Telephone Rd | may or may not be linked to 1198816-24 |

**Involved Parties:**
Robert W. VanKirk
Please provide the name of the involved parties and/or Officer name (if applicable)



Pursuant to Tex. Occ. Code §1701.661, I request the following Body-Worn Camera (BWC) and In-Car Video recordings from the Houston Police Department: Incident: Police response involving Robert W. Van Kirk Date: August 26, 2024 Time: Between 12:00 PM and 8:00 PM CDT Location: near Sonic Drive-In, 7470 Bellfort, Houston, TX 77061 (Bellfort Ave & Telephone Rd) Requested records: 1. All BWC video/audio recorded by HPD officers who responded to this incident during the above window at this location. 2. All in-car/dash camera video/audio from HPD vehicles that responded to or were present on scene during the same timeframe. 3. Metadata for each responsive recording, including officer name, badge number, unit/car identifier, start and end timestamps, and file identifiers. 4. Any roster or assignment sheet that maps which officers/units were dispatched and equipped with BWC for this event. Notes: - I am the subject of the incident and consent to release of recordings depicting me. - Please produce the files in native digital format (MP4 or equivalent) via secure portal/download. - If redactions are necessary for third-party privacy, please redact and release rather than withhold. - If any recordings are retained or stored by contractors on behalf of HPD, they are considered HPD records and should be retrieved and produced. - Because BWC and MVR recordings may be subject to limited retention if not linked to a case, please ensure a preservation hold is applied for all responsive media while this request is pending. - If costs are expected to exceed $150, please provide an itemized estimate for approval before proceeding.

*Be as specific as possible. Failure to provide specific information will result in the delay of fulfilling your request. Please provide all information you have concerning your request.*

Under the Public Information Act, some categories of information do not have to be released. Exceptions to disclosure fall into two general categories: 1) mandatory exceptions that make information confidential and require a governmental body to withhold information, and 2) discretionary exceptions that allow but do not require a governmental body to withhold information. In many instances, a governmental body is required to request a decision from the Attorney General in order to withhold information from a requestor. However, a requestor may permit a governmental body to redact information without requesting an Attorney General decision. You are not required to agree to the redaction of any information responsive to your request, but doing so may streamline the handling of your request. If you agree to redactions in this request, then you may request the redacted information in a future request. More information about exceptions to disclosure and withholding of information is provided.

**Select one:**
I agree to all exceptions

**Preferred Method to Receive Records:**
Electronic via Records Center
*Please note not all public documents are available in electronic format. If the document(s) requested are not available electronically, we will make them available for inspection or by paper copy in accordance with the Public Records Law.*

In making this request, I understand that the information will be released only in accordance with the Public Information Act and the City of Houston reserves the right to seek an opinion from the Texas Attorney General with regard to the release of said information. If an Attorney General's opinion is sought by the City of Houston, you will be notified in writing.

**I Agree:**
Yes
**By checking the "I Agree" box, you agree and acknowledge your electronic signature is valid and binding in the same force and effect as a handwritten signature.**

---

| New Message | Cancel |
|---|---|

Messages   2                                                                              🖶 Print Messages (PDF)

∨ ☑ On 8/24/2025 12:51:23 PM, Houston Public Information Request Center wrote:



Dear Robert Van Kirk:

Thank you for your interest in public records of Houston Police Department. Your request has been received and is being processed in accordance with Chapter 552 of Texas Government Code, the Public Information Act. Your request was received in this office on 8/24/2025 and given the reference number P121428-082425 for tracking purposes.

**Records Requested:** Pursuant to Tex. Occ. Code §1701.661, I request the following Body-Worn Camera (BWC) and In-Car Video recordings from the Houston Police Department:

Incident: Police response involving Robert W. Van Kirk
Date: August 26, 2024
Time: Between 12:00 PM and 8:00 PM CDT
Location: near Sonic Drive-In, 7470 Bellfort, Houston, TX 77061 (Bellfort Ave & Telephone Rd)

Requested records:
1. All BWC video/audio recorded by HPD officers who responded to this incident during the



3. Metadata for each responsive recording, including officer name, badge number, unit/car identifier, start and end timestamps, and file identifiers.
4. Any roster or assignment sheet that maps which officers/units were dispatched and equipped with BWC for this event.

Notes:
- I am the subject of the incident and consent to release of recordings depicting me.
- Please produce the files in native digital format (MP4 or equivalent) via secure portal/download.
- If redactions are necessary for third-party privacy, please redact and release rather than withhold.
- If any recordings are retained or stored by contractors on behalf of HPD, they are considered HPD records and should be retrieved and produced.
- Because BWC and MVR recordings may be subject to limited retention if not linked to a case, please ensure a preservation hold is applied for all responsive media while this request is pending.
- If costs are expected to exceed $150, please provide an itemized estimate for approval before proceeding.

Your request will be forwarded to the relevant Houston Police Department department(s) to locate the information you seek and to determine the volume and any costs associated with satisfying your request. You will be contacted about the availability and/or provided with copies of the records in question. PLEASE NOTE: The Chapter 552 of Texas Government Code, the Public Information Act does not require a governmental body to create new information, to do legal research, or to answer questions.

You can monitor the progress of your request at the link below and you'll receive an email when your request has been completed. Again, thank you for using the Houston Public Information Request Center.

Houston Police Department

To monitor the progress or update this request please log into the Houston Public Information Request Center



Powered by
GovQA

⌄ ☑ On 8/24/2025 12:51:21 PM, Robert Van Kirk wrote:

Request Created on Public Portal



# EXHIBIT 10

## HPD TPIA Status — Request No. P122802-090825 (Evidence Preservation Letters)

**From:** Houston Public Information Request Center houstontx@govqa.us **To:** robertwaynevankirk@gmail.com **Date:** Monday, September 8, 2025, 7:40 AM CDT **Subject:** Public Information Act Request :: P122802-090825

[See attached native GovQA/Gmail time-stamped record]

 Gmail

Robert Van Kirk &lt;robertwaynevankirk@gmail.com&gt;

## Public Information Act Request :: P122802-090825

**Houston Public Information Request Center** &lt;houstontx@govqa.us&gt;
To: "robertwaynevankirk@gmail.com" &lt;robertwaynevankirk@gmail.com&gt;

Mon, Sep 8, 2025 at 7:40 AM



Dear Robert Van Kirk:

Thank you for your interest in public records of Houston Police Department. Your request has been received and is being processed in accordance with Chapter 552 of Texas Government Code, the Public Information Act. Your request was received in this office on 9/8/2025 and given the reference number P122802-090825 for tracking purposes.

**Records Requested:** NARROW §2703(f) PRESERVATION CONFIRMATION — HPD Case #1198816-24 (08/19/2024–Present) I request records sufficient to confirm or refute whether HPD transmitted any preservation request(s) under 18 U.S.C. §2703(f) to outside providers for HPD Case #1198816-24, between 08/19/2024 and the present. Providers (as requested by me): • T-Mobile USA, Inc. (Account ███1670; MDN 832-836-3962) • Cellco Partnership d/b/a Verizon Wireless — Consumer (VSAT) (Account ███8522; MDNs 832-707-9903 [corrected primary], 832-317-8310 [alternate during provisioning]) • Verizon Wireless — Business (GLERT) (Business Account ███1934; primary line 832-428-2882) • Google LLC (LERS) • Samsung Electronics America, Inc. (Legal/Security) • Microsoft Corporation (Law Enforcement Portal / LCA) • TeamViewer (TeamViewer US, Inc. and/or TeamViewer Germany GmbH) For each provider, please produce (or, if content is withheld, produce a metadata summary): Whether HPD sent any §2703(f) preservation notice(s) tied to Case #1198816-24; Date/time sent, method (portal/email/fax), sending HPD custodian, recipient address/portal ticket, and any tracking/confirmation ID; Any acknowledgment/receipt from the provider (date/time and reference number); Any internal HPD log entries/tickets showing the preservation was created/submitted/queued/declined (system name, date/time, custodian); If no notices were sent, any records reflecting a decision not to send and the stated reason, or else a "no records" certification. Scoping/Redactions: I am not seeking investigative substance—only ministerial/transmittal metadata confirming whether notices were sent and when. If notice content is withheld, please still produce cover pages/receipts/metadata and provide an index of withheld items with specific statutory exemptions. Custodians/Systems (non-exclusive): HPD Cyber Crimes Division (CFC); HPD Legal; Records; assigned Detective/Analyst; any LE portals used for §2703(f) (e.g., T-Mobile LER, Verizon VSAT/GLERT, Google LERS, Microsoft LE Portal, Samsung Legal/Security, TeamViewer channels). Context for indexing: I emailed HPD Cyber Crimes requesting §2703(f) preservation for T-Mobile, Samsung, Google, and Verizon (consumer) for Case #1198816-24; Verizon business and Microsoft are also listed in my supplemental statement/preservation index. This request seeks HPD's transmissions/receipts, if any. I consent to mandatory redactions (e.g., §552.101, common-law privacy, third-party proprietary). I do not consent to discretionary withholding under §§552.103, 552.108, 552.111, or 552.107 for ministerial/transmittal metadata (dates/times, sender/recipient, portal/ticket IDs, acknowledgments). If HPD contends such metadata is exempt, please seek an Attorney General ruling and produce a redaction index.



# Welcome To Houston's
# Public Information Request Center

## Menu

* Home
* Submit a Request
* Frequently Asked Questions
* Trending Topics
* Public Records Archive
* My Request Center

## FAQs

How will I receive the records in response to my request?

How do I obtain information regarding the Public Information Act?

How are written questions to the City treated under the Public Information Act?

See All FAQs

---

View Message(s)

### Request / Incident Summary

| | |
|---|---|
| **Request Type:** | Police Department Public Information |
| **Description:** | Calls for Service, Uniform Crime Reports, Accident Reports, Incident and Offense Reports, Arrest Records, Body Worn Camera Video Footage |
| **Primary Requester E-Mail:** | robertwaynevankirk@gmail.com |
| **Reference No:** | P121428-082425 |
| **Status:** | Assigned |
| **Balance Due:** | $0.00 |
| **Payments:** | $0.00 |

### Additional Information

The Texas Public Information Act (the "TPIA") gives the public the right to request access to government information.
The TPIA is triggered when a person submits a written request to the City. The request must ask for information that is already in existence and you'll typically receive a response within the allotted timeframe of 10 business days.
The Act does not require the City to create new information, compile data, do legal research, or answer questions. A request should be sent to the City department that is the custodian of the information. This is in compliance with the Administrative Procedure 2-9 (.pdf).
The City of Houston may collect a fee as prescribed by law or regulation for the requested documents.
\* CERTAIN INFORMATION IN A CUSTOMER'S WATER/SEWER/DRAINAGE ACCOUNT RECORDS, INCLUDING CONTACT INFORMATION, VOLUME OR UNITS OF UTILITY USAGE, AND BILLING AMOUNTS CAN NO LONGER BE DISCLOSED DUE TO PASSAGE OF HOUSE BILL 872. THIS INFORMATION MAY ONLY BE DISCLOSED WHEN THE ACCOUNT HOLDER HAS VOLUNTARILY ELECTED TO DISCLOSE THEIR UTILITY ACCOUNT INFORMATION. THIS INFORMATION CAN BE WITHHELD WITHOUT SEEKING A DECISION FROM THE ATTORNEY GENERAL'S OFFICE PURSUANT TO TEXAS UTILITIES CODE SECTION 182.052(e). FOR DETAILS REGARDING HOUSE BILL 872, PLEASE VISIT https://capitol.texas.gov/BillLookup/Text.aspx?LegSess=87R&Bill=HB872. THANK YOU.

**Type of Records:**
BWC (Body-Worn Camera)
Other

 To properly request body worn camera video, a member of the public is required to provide all of the following information:
**1. The date and approximate time of the recording;**
**2. The specific location where the recording occurred; and**
**3. The name of one or more involved parties known to be a subject of the recording.**

| | |
|---|---|
| **Approximate Time:** | **Date Of Recording:** |
| August 26th 2024 between noon and 8PM | 8/26/2024 |
| **Date From:** | **Date To:** |
| 8/25/2024 | 8/26/2024 |
| **Location/Intersection:** | **Incident Number:** |
| Bellfort Ave & Telephone Rd | may or may not be linked to 1198816-24 |

**Involved Parties:**
Robert W. VanKirk
Please provide the name of the involved parties and/or Officer name (if applicable)


Powered by
GovQA

Pursuant to Tex. Occ. Code §1701.661, I request the following Body-Worn Camera (BWC) and In-Car Video recordings from the Houston Police Department: Incident: Police response involving Robert W. Van Kirk Date: August 26, 2024 Time: Between 12:00 PM and 8:00 PM CDT Location: near Sonic Drive-In, 7470 Bellfort, Houston, TX 77061 (Bellfort Ave & Telephone Rd) Requested records: 1. All BWC video/audio recorded by HPD officers who responded to this incident during the above window at this location. 2. All in-car/dash camera video/audio from HPD vehicles that responded to or were present on scene during the same timeframe. 3. Metadata for each responsive recording, including officer name, badge number, unit/car identifier, start and end timestamps, and file identifiers. 4. Any roster or assignment sheet that maps which officers/units were dispatched and equipped with BWC for this event. Notes: - I am the subject of the incident and consent to release of recordings depicting me. - Please produce the files in native digital format (MP4 or equivalent) via secure portal/download. - If redactions are necessary for third-party privacy, please redact and release rather than withhold. - If any recordings are retained or stored by contractors on behalf of HPD, they are considered HPD records and should be retrieved and produced. - Because BWC and MVR recordings may be subject to limited retention if not linked to a case, please ensure a preservation hold is applied for all responsive media while this request is pending. - If costs are expected to exceed $150, please provide an itemized estimate for approval before proceeding.

*Be as specific as possible. Failure to provide specific information will result in the delay of fulfilling your request. Please provide all information you have concerning your request.*

Under the Public Information Act, some categories of information do not have to be released. Exceptions to disclosure fall into two general categories: 1) mandatory exceptions that make information confidential and require a governmental body to withhold information, and 2) discretionary exceptions that allow but do not require a governmental body to withhold information. In many instances, a governmental body is required to request a decision from the Attorney General in order to withhold information from a requestor. However, a requestor may permit a governmental body to redact information without requesting an Attorney General decision. You are not required to agree to the redaction of any information responsive to your request, but doing so may streamline the handling of your request. If you agree to redactions in this request, then you may request the redacted information in a future request. More information about exceptions to disclosure and withholding of information is provided.

**Select one:**
I agree to all exceptions

**Preferred Method to Receive Records:**
Electronic via Records Center
*Please note not all public documents are available in electronic format. If the document(s) requested are not available electronically, we will make them available for inspection or by paper copy in accordance with the Public Records Law.*

---

In making this request, I understand that the information will be released only in accordance with the Public Information Act and the City of Houston reserves the right to seek an opinion from the Texas Attorney General with regard to the release of said information. If an Attorney General's opinion is sought by the City of Houston, you will be notified in writing.

**I Agree:**
Yes
**By checking the "I Agree" box, you agree and acknowledge your electronic signature is valid and binding in the same force and effect as a handwritten signature.**

---

| New Message | Cancel |
|---|---|

Messages   2                                                      🖶 Print Messages (PDF)

∨ ☑ On 8/24/2025 12:51:23 PM, Houston Public Information Request Center wrote:



---

Dear Robert Van Kirk:

Thank you for your interest in public records of Houston Police Department. Your request has been received and is being processed in accordance with Chapter 552 of Texas Government Code, the Public Information Act. Your request was received in this office on 8/24/2025 and given the reference number P121428-082425 for tracking purposes.

**Records Requested:** Pursuant to Tex. Occ. Code §1701.661, I request the following Body-Worn Camera (BWC) and In-Car Video recordings from the Houston Police Department:

Incident: Police response involving Robert W. Van Kirk
Date: August 26, 2024
Time: Between 12:00 PM and 8:00 PM CDT
Location: near Sonic Drive-In, 7470 Bellfort, Houston, TX 77061 (Bellfort Ave & Telephone Rd)

Requested records:
1. All BWC video/audio recorded by HPD officers who responded to this incident during the


Powered by
**GovQA**

3. Metadata for each responsive recording, including officer name, badge number, unit/car identifier, start and end timestamps, and file identifiers.
4. Any roster or assignment sheet that maps which officers/units were dispatched and equipped with BWC for this event.

Notes:
- I am the subject of the incident and consent to release of recordings depicting me.
- Please produce the files in native digital format (MP4 or equivalent) via secure portal/download.
- If redactions are necessary for third-party privacy, please redact and release rather than withhold.
- If any recordings are retained or stored by contractors on behalf of HPD, they are considered HPD records and should be retrieved and produced.
- Because BWC and MVR recordings may be subject to limited retention if not linked to a case, please ensure a preservation hold is applied for all responsive media while this request is pending.
- If costs are expected to exceed $150, please provide an itemized estimate for approval before proceeding.

Your request will be forwarded to the relevant Houston Police Department department(s) to locate the information you seek and to determine the volume and any costs associated with satisfying your request. You will be contacted about the availability and/or provided with copies of the records in question. PLEASE NOTE: The Chapter 552 of Texas Government Code, the Public Information Act does not require a governmental body to create new information, to do legal research, or to answer questions.

You can monitor the progress of your request at the link below and you'll receive an email when your request has been completed. Again, thank you for using the Houston Public Information Request Center.

Houston Police Department

_____

To monitor the progress or update this request please log into the Houston Public Information Request Center



Powered by
**GovQA**

⌄ ☑ On 8/24/2025 12:51:21 PM, Robert Van Kirk wrote:

Request Created on Public Portal



Powered by
**GovQA**

# EXHIBIT 11

## Email Correspondence from Detective J. Chaney

**From:** "Chaney, Jacorey - HPD" Jacorey.Chaney@houstonpolice.org **To:** Robert Van Kirk robertwaynevankirk@gmail.com **Date:** Fri, Aug 22, 2025 at 6:39 AM **Subject:** [#54503557], Urgent Data Preservation Request -- TeamViewer and Sentry Logs (HPD Cyber Investigation Case #1198816-24)

---

[See attached native Gmail time-stamped record]

 

## [#54503557], Urgent Data Preservation Request – TeamViewer and Sentry Logs (HPD Cyber Investigation Case #1198816-24)

**Chaney, Jacorey D.** <Jacorey.Chaney@houstonpolice.org>                Fri, Aug 22, 2025 at 6:39 AM
To: Robert Van Kirk <robertwaynevankirk@gmail.com>

Good Morning, the preservation request was sent out on August 05, 2025, and there was acknowledgement that the evidence would be preserved. Again, your case is not assigned, and I am not the Detective Assigned to your case. All evidence that you have will need to be held for your assigned Detective. I sent the preservation request to Teamviewer due to the time restraint, but any other legal request can be completed once your case is assigned to a Detective.

Best regards,

Det. Jacorey D Chaney
Houston Police Department
Property & Financial Crimes
Cybercrimes Unit
Security+
Off: 713-308-0988
Cell: 281-757-5102



**From:** Robert Van Kirk <robertwaynevankirk@gmail.com>
**Sent:** Thursday, August 21, 2025 3:36 PM
[Quoted text hidden]

[Quoted text hidden]

# EXHIBIT 12

## Email Correspondence Regarding Retrieval of Physical Evidence

**From:** Sgt. T. Torres (HPD Cyber Crimes) **To:** Robert Van Kirk **Date:** July/August 2025

[See attached email records between Plaintiff and Sgt. T. Torres]

 Gmail

Robert Van Kirk <robertwaynevankirk@gmail.com>

## PHONE TAKEN AS EVIDENCE

**Torres, Claudia E. - HPD** <Claudia.Torres@houstontx.gov>    Wed, Mar 18, 2026 at 1:31 PM
To: "ROBERTWAYNEVANKIRK@GMAIL.COM" <ROBERTWAYNEVANKIRK@gmail.com>

Good afternoon Mr. Robert Van Kirk:

After several phone calls and voice mails. I am writing this email to let you know that we are not taking phones as evidence. And you need to come to the 1200 Travis and pick up the phone you left with me.
Please come at your earliest convenience.

Thank you,

*Claudia Torres*
*Administrative Associate*
*Property & F.C.U.*
*713-308-2588*
*Claudia.Torres@Houstontx.gov*

 
## PHONE TAKEN AS EVIDENCE

**Robert Van Kirk** <robertwaynevankirk@gmail.com>                              Thu, Mar 19, 2026 at 12:38 PM
To: "Torres, Claudia E. - HPD" <Claudia.Torres@houstontx.gov>
Cc: DistrictAttorneyVictimServices@dao.hctx.net
Bcc: Robert Van Kirk <robertwaynevankirk@gmail.com>, "Mom <3" <cvk@swbell.net>

Ms. Torres,

Thank you for your email. I apologize for missing your earlier calls. I've been sick and in bed recently.

As the victim in HPD Case #1198816-24, I want to ensure the following is clearly documented:

**1.** On March 16th, 2026, I personally surrendered the following items to HPD's Cybercrimes Division at 1200 Travis Street:

- My mother's Samsung Galaxy S24 Ultra, the device from which $74,370.88 in Bitcoin was stolen on July 20, 2025
- Detailed technical forensic reports documenting evidence of device compromise
- A USB drive containing a complete extraction of the phone's filesystem (to the extent such an extraction can be performed without root user privileges)

I provided these materials specifically to assist in the investigation and to minimize the forensic work the division would need to perform independently.

**2.** These items were accepted by HPD personnel and taken into the department's custody.

**3.** On September 9, 2025, I previously attempted to surrender a second device, Wayne Van Kirk's Samsung Galaxy S23 FE, to HPD's Cybercrimes Division. That device was refused, with the explanation that the division lacked the capacity to investigate phone malware.

**4.** Your email now states a different reason: that HPD is simply "not taking phones as evidence."

I have to be honest; I do not understand what is happening here. My elderly mother had $74,000 stolen from her. I identified the suspects. I provided forensic evidence. I did the technical analysis myself so HPD wouldn't have to. I provided blockchain transaction records so that HPD could trace exactly where the money went. I handed over three sworn reports with ready-made preservation targets for six service providers: account numbers, device serial numbers, and date windows that can be copied directly into subpoenas. I have done everything short of making the arrest myself.

HPD has had a forensic disk image of my compromised laptop and my father's PC's original unencrypted drive, sitting in its property room since August 2024. A TeamViewer session ID on that drive which survived anti-forensic log scrubbing links directly to the

person who initiated the unauthorized remote access. That evidence has been available to any detective who cared to look at it for nineteen months.

In that time, no detective has been assigned. Nothing has been examined. HPD has not even confirmed whether the evidence preservation letters I requested were sent, a costless step that takes minutes and prevents service providers from routinely deleting records that could identify the perpetrators. I filed a public records request for confirmation. No response.

And now, rather than investigate a $74,000 felony with identified suspects and ready-made evidence, HPD wants me to come pick up the phone.

The Houston Forensic Science Center routinely performs mobile device examinations for criminal investigations. I am at a loss to understand why a victim who has done this much work to help the police is being turned away.

That said, if HPD's position is that its multi-million-dollar forensic laboratory is unable to investigate phone malware, very well. I am actively working to involve the FBI through the Internet Crime Complaint Center and other federal channels. It would be helpful if HPD could retain the phone so that the chain of custody remains intact for federal investigators. Returning the evidence to me and then having the FBI request it back from a civilian would be an unnecessary and avoidable complication for everyone involved.

I have attached the three sworn reports I submitted to the Cybercrimes Division so that the District Attorney's office may review them directly.

As the victim, I formally object to the release, return, or destruction of this evidence. The premature disposition of this phone would compromise the integrity of an active criminal investigation and could prevent the Harris County District Attorney's Office from conducting a full review for prosecution.

I respectfully ask that HPD preserve this evidence in its original condition until this criminal matter is fully resolved.

Please provide written confirmation that this objection has been received. I would appreciate all future communications regarding this matter being in writing, so that I can maintain accurate records.

Respectfully,

Robert W. Van Kirk

Victim

HPD Case #1198816-24

(832) 428-2882

robertwaynevankirk@gmail.com

[Quoted text hidden]

---

**5 attachments**

📄 **Supplemental-Police-Report.pdf**
4331K

📄 **Notice-of-Finanical-Crime.pdf**
965K

📄 **Affadavit-of-Carolyn-Van-Kirk.pdf**
140K

📄 **Affadavit-of-Nikandro-Pacheco.pdf**
115K

📄 **Supplemental-Police-Report-Corrections.pdf**
598K

# EXHIBIT 13

## Forensic File Recovery Scan — Recoverable TeamViewer Session Artifacts

This exhibit is a screenshot of a Recuva (v1.51.1116) forensic file recovery scan performed by Plaintiff on his father's compromised device. The scan identifies deleted files recoverable from the device's storage, including a `session.json` configuration file created by TeamViewer remote-access software. Notably, the scan reveals that the attackers were actively overwriting TeamViewer log files—a recognized anti-forensics technique designed to scrub session metadata—which is why the files appear as deleted or overwritten in the recovery interface.

## Forensic Transcription of Target Files:

Given the visual density of the raw forensic recovery output, the data rows most relevant to the `session.json` artifact and the systemic log-overwriting anti-forensics are transcribed below exactly as they appear in the Recuva interface:

## I. Pristine Surviving Artifacts (Top of Scan)

- **__sentry-event** (302 bytes) | Modified: 8/14/2024 08:19 | State: Excellent | Comment: No overwritten clusters detected.
- **__sentry-event** (351 bytes) | Modified: 1/8/2024 13:00 | State: Excellent | Comment: No overwritten clusters detected.
- **Preferences - RF125a1.TMP** (537 KB) | Modified: 9/11/2024 05:19 | State: Excellent | Comment: No overwritten clusters detected.
- **Preferences - RFa112.TMP** (537 KB) | Modified: 9/11/2024 04:53 | State: Excellent | Comment: No overwritten clusters detected.
- **session.json** (213 bytes) | Modified: 8/14/2024 08:19 | State: Excellent | Comment: No overwritten clusters detected. *(Critical TeamViewer authentication identity)*

## II. Deliberate Log Overwriting Activity (Below Surviving Artifacts)

The following sequence of deleted cache fragments establishes the systemic, mechanical anti-forensic log scrubbing executed on the device. All consecutive files below the target artifact are permanently destroyed and actively overwritten by the TeamViewer application itself.

**000000000000010F** | State: Poor | Overwritten by: D:\Program Files\TeamViewer\TeamViewer15_Logfile_OLD.log

**26B53** (Firefox Profile Cache) | State: Poor | Overwritten by: D:\Program Files\TeamViewer\TeamViewer15_Logfile.log

**28222B2009...** (Firefox Profile Cache) | State: Poor | Overwritten by: D:\Program Files\TeamViewer\TeamViewer15_Logfile.log

**72A6818151...** (Firefox Profile Cache) | State: Poor | Overwritten by: D:\Program Files\TeamViewer\TeamViewer15_Logfile.log

**B4B549007D...** (Firefox Profile Cache) | State: Poor | Overwritten by: D:\Program Files\TeamViewer\TeamViewer15_Logfile_OLD.log

**B8B5718A98...** (Firefox Profile Cache) | State: Poor | Overwritten by: D:\Program Files\TeamViewer\TeamViewer15_Logfile_OLD.log

**C17C053B10...** (Firefox Profile Cache) | State: Poor | Overwritten by: D:\Program Files\TeamViewer\TeamViewer15_Logfile_OLD.log

**CB344EBDF0...** (Firefox Profile Cache) | State: Poor | Overwritten by: D:\Program Files\TeamViewer\TeamViewer15_Logfile_OLD.log

**D37440E1B7...** (Firefox Profile Cache) | State: Poor | Overwritten by: D:\Program Files\TeamViewer\TeamViewer15_Logfile_OLD.log

**EE34817C7A...** (Firefox Profile Cache) | State: Poor | Overwritten by: D:\Program Files\TeamViewer\TeamViewer15_Logfile_OLD.log

**FB7F2071F1...** (Firefox Profile Cache) | State: Poor | Overwritten by: D:\Program Files\TeamViewer\TeamViewer15_Logfile_OLD.log

**1119** (Firefox Profile Cache) | State: Very poor | Overwritten by: D:\Program Files\TeamViewer\TeamViewer15_Logfile.log

**126B0** (Firefox Profile Cache) | State: Very poor | Overwritten by: D:\Program Files\TeamViewer\TeamViewer15_Logfile.log

**19078** (Firefox Profile Cache) | State: Very poor | Overwritten by: D:\Program Files\TeamViewer\TeamViewer15_Logfile_OLD.log

**28B23A...** (Firefox Profile Cache) | State: Very poor | Overwritten by: D:\Program Files\TeamViewer\TeamViewer15_Logfile.log

---

[See attached native screenshot]

3

Recuva

**Recuva** v1.54.120 (64-bit)
Windows 11 64-bit (Admin)
Intel Core i7-4700 CPU @ 3.20GHz, 32.0GB RAM, Microsoft Basic Display Adapter

Windows (D:) — Scan

| Filename | Path | Last Modified | Size | State | Comment |
|---|---|---|---|---|---|
| _sentry-event | D:\Users\Administrator\AppData\Local\TeamViewer\Logs\ErrorReports\21bef773-c063-4e6b-13f9-dad5f5e0969f.run\ | 8/14/2024 06:19 | 302 bytes | Excellent | No overwritten clusters detected. |
| _sentry-event | D:\Users\Administrator\AppData\Local\TeamViewer\Logs\ErrorReports\be092584-a44b-4b40-3e51-4d03e1a27442.run\ | 1/9/2024 13:09 | 351 bytes | Excellent | No overwritten clusters detected. |
| Preferences~RF125a3.TMP | D:\Users\Administrator\AppData\Local\Microsoft\Edge Dev\User Data\Default\ | 9/11/2024 05:19 | 557 KB | Excellent | No overwritten clusters detected. |
| Preferences~RFa112.TMP | D:\Users\Administrator\AppData\Local\Microsoft\Edge Dev\User Data\Default\ | 9/11/2024 04:53 | 557 KB | Excellent | No overwritten clusters detected. |
| session.json | D:\Users\Administrator\AppData\Local\TeamViewer\Logs\ErrorReports\21bef773-c063-4e6b-13f9-dad5f5e0969f.run\ | 8/14/2024 06:19 | 213 bytes | Excellent | No overwritten clusters detected. |
| 00000000020F9F | D:\$Extend\$RmMetadata\$Txf\ | 7/26/2024 09:21 | 533 KB | Poor | This file is overwritten with "D:\Program Files\TeamViewer\TeamViewer15_Logfile_OLD.log" |
| 1FCBE13061223A3060204F0BAB... | D:\Users\Administrator\AppData\Local\Mozilla\Firefox\Profiles\sso65ey0.default-release\cache2\entries\ | 7/26/2024 12:21 | 1,774 KB | Poor | This file is overwritten with "D:\ProgramData\USOShared\Logs\System\UpdateSessionOrchestration.d2d7f4fd-80e3-46a\ |
| 2i953 | D:\Users\Administrator\AppData\Local\Mozilla\Firefox\Profiles\sso65ey0.default-release\cache2\doomed\ | 8/15/2024 03:11 | 9 KB | Poor | This file is overwritten with "D:\Program Files\TeamViewer\TeamViewer15_Logfile_OLD.log" |
| 30222B28A59EB3659C7C654ADB... | D:\Users\Administrator\AppData\Local\Mozilla\Firefox\Profiles\sso65ey0.default-release\cache2\entries\ | 8/15/2024 07:52 | 83 KB | Poor | This file is overwritten with "D:\Program Files\TeamViewer\TeamViewer15_Logfile_OLD.log" |
| 72A6818153400C6E887D33E9DC... | D:\Users\Administrator\AppData\Local\Mozilla\Firefox\Profiles\sso65ey0.default-release\cache2\entries\ | 8/13/2024 14:38 | 11 KB | Poor | This file is overwritten with "D:\Program Files\TeamViewer\TeamViewer15_Logfile_OLD.log" |
| 831C3253D388515497FFB863BC... | D:\Users\Administrator\AppData\Local\Mozilla\Firefox\Profiles\sso65ey0.default-release\cache2\entries\ | 7/27/2024 07:11 | 124 KB | Poor | This file is overwritten with "D:\Windows\System32\MRT.exe" |
| 93f290be5799933e82e92ac572d... | D:\Windows\SoftwareDistribution\Download\ | 8/14/2024 03:58 | 56,450 KB | Poor | This file is overwritten with "D:\Windows\System Temp\\_EDF F60SC-2912-4DAE-B764-03058E0E67DA\System\MoUsCore" |
| B4B5449719D07DB18911B0BD... | D:\Users\Administrator\AppData\Local\Mozilla\Firefox\Profiles\sso65ey0.default-release\cache2\entries\ | 7/27/2024 09:19 | 1,443 KB | Poor | This file is overwritten with "D:\Program Files\TeamViewer\TeamViewer15_Logfile_OLD.log" |
| B883716A84F60F533FCA28A2CZ... | D:\Users\Administrator\AppData\Local\Mozilla\Firefox\Profiles\sso65ey0.default-release\cache2\entries\ | 8/14/2024 16:26 | 66 KB | Poor | This file is overwritten with "D:\Program Files\TeamViewer\TeamViewer15_Logfile_OLD.log" |
| C17CB53816974C4277BBFF58AE... | D:\Users\Administrator\AppData\Local\Mozilla\Firefox\Profiles\sso65ey0.default-release\cache2\entries\ | 7/27/2024 06:28 | 17 KB | Poor | This file is overwritten with "D:\Program Files\TeamViewer\TeamViewer15_Logfile_OLD.log" |
| CB344B0DF644F42A108A4A07A... | D:\Users\Administrator\AppData\Local\Mozilla\Firefox\Profiles\sso65ey0.default-release\cache2\doomed\ | 8/14/2024 16:05 | 9 KB | Poor | This file is overwritten with "D:\Program Files\TeamViewer\TeamViewer15_Logfile_OLD.log" |
| D57440EFB7EED3BA69D08416A... | D:\Users\Administrator\AppData\Local\Mozilla\Firefox\Profiles\sso65ey0.default-release\cache2\entries\ | 8/14/2024 09:25 | 23 KB | Poor | This file is overwritten with "D:\Program Files\TeamViewer\TeamViewer15_Logfile_OLD.log" |
| EE34B17C7A3E89457B53729396... | D:\Users\Administrator\AppData\Local\Mozilla\Firefox\Profiles\sso65ey0.default-release\cache2\entries\ | 8/14/2024 09:23 | 10 KB | Poor | This file is overwritten with "D:\Program Files\TeamViewer\TeamViewer15_Logfile_OLD.log" |
| FB713971F1829A21E31DE6A68B... | D:\Users\Administrator\AppData\Local\Mozilla\Firefox\Profiles\sso65ey0.default-release\cache2\entries\ | 7/27/2024 06:27 | 16 KB | Poor | This file is overwritten with "D:\Program Files\TeamViewer\TeamViewer15_Logfile_OLD.log" |
| index.bundle | D:\Program Files\WindowsApps\Deleted\FACEBOOK.317180600B486_2150.13.211.0_x64__8xa8vfyw5nnt64d095f0-8373-4ae1-acf4-2dcefec2c469\app\resources\zeratul-m\ | 7/27/2024 10:41 | 7,650 KB | Poor | This file is overwritten with "D:\Users\Administrator\AppData\Local\Microsoft\Edge Dev\User Data\Edge Wallet\127.16C |
| Newtonsoft.json.dll | D:\\ | 3/8/2023 08:09 | 695 KB | Poor | This file is overwritten with "D:\Users\Administrator\AppData\Local\Mozilla\Firefox\Profiles\sso65ey0.default-release\ci |
| Service20240810.log | D:\ProgramData\Intel\DSA\Logs\Service\ | 8/10/2024 18:51 | 7,061 KB | Poor | This file is overwritten with "D:\Users\Administrator\AppData\Local\Google\DriveFS\Logs\startup_trace_2024-09-11T11\ |
| typosquatting_list.pb | D:\\ | 8/13/2024 00:03 | 609 KB | Poor | This file is overwritten with "D:\ProgramData\Dell\UserMode\AllenFX\SubAgent\SubAgent\S-1-5-21-1361031500-1602573 |
| vmms.exe | D:\Windows\WinSxS\Temp\InFlight\8d6b07d849eed a01310200009c33e439\amd64_microsoft-hyper-v-vstack-vmms_31bf3856ad364e35_10.0.22621.3810_none_16518853daa30e48\\ | 8/26/2024 09:43 | 2,499 KB | Poor | This file is overwritten with "D:\Program Files\TeamViewer\TeamViewer15_Logfile_OLD.log" |
| 1119 | D:\Users\Administrator\AppData\Local\Mozilla\Firefox\Profiles\sso65ey0.default-release\cache2\doomed\ | 8/15/2024 07:57 | 9 KB | Very poor | This file is overwritten with "D:\Program Files\TeamViewer\TeamViewer15_Logfile.log" |
| 12680 | D:\Users\Administrator\AppData\Local\Mozilla\Firefox\Profiles\sso65ey0.default-release\cache2\doomed\ | 8/15/2024 03:00 | 8 KB | Very poor | This file is overwritten with "D:\Program Files\TeamViewer\TeamViewer15_Logfile.log" |
| 18613 | D:\Users\Administrator\AppData\Local\Mozilla\Firefox\Profiles\sso65ey0.default-release\cache2\entries\ | 8/15/2024 08:21 | 2,237 KB | Very poor | This file is overwritten with "D:\Users\Administrator\AppData\Local\Microsoft\Edge Dev\User Data\Default\Preferences |
| 19978 | D:\\ | 7/28/2024 05:39 | 218 KB | Very poor | This file is overwritten with "D:\Program Files\TeamViewer\TeamViewer15_Logfile_OLD.log" |
| 28823ACEA16CCCD9D8909F6B... | D:\Users\Administrator\AppData\Local\Mozilla\Firefox\Profiles\sso65ey0.default-release\cache2\entries\ | 7/27/2024 02:38 | 37 KB | Very poor | This file is overwritten with "D:\Program Files\TeamViewer\TeamViewer15_Logfile_OLD.log" |
| 27bD6EC4E0DFB0B21F2408CBC... | D:\Users\Administrator\AppData\Local\Mozilla\Firefox\Profiles\sso65ey0.default-release\cache2\entries\ | 7/27/2024 06:26 | 1,054 KB | Very poor | This file is overwritten with "D:\Windows\ServiceProfiles\NetworkService\AppData\Local\Microsoft\Windows\DeliveryC |
| 28D0D44C3060287F63142A3332... | D:\Users\Administrator\AppData\Local\Mozilla\Firefox\Profiles\sso65ey0.default-release\cache2\entries\ | 7/26/2024 11:44 | 14 KB | Very poor | This file is overwritten with "D:\Program Files\TeamViewer\TeamViewer15_Logfile_OLD.log" |
| 36EFF5868A03405558AA2250CF... | D:\Users\Administrator\AppData\Local\Mozilla\Firefox\Profiles\sso65ey0.default-release\cache2\entries\ | 8/14/2024 17:01 | 8 KB | Very poor | This file is overwritten with "D:\Program Files\TeamViewer\TeamViewer15_Logfile_OLD.log" |
| 387145E60737B49F4E8SB5304B3... | D:\Users\Administrator\AppData\Local\Mozilla\Firefox\Profiles\sso65ey0.default-release\cache2\entries\ | 8/13/2024 14:08 | 14 KB | Very poor | This file is overwritten with "D:\Program Files\TeamViewer\TeamViewer15_Logfile_OLD.log" |
| 423474685AE0DE3DAD6A22040... | D:\Users\Administrator\AppData\Local\Mozilla\Firefox\Profiles\sso65ey0.default-release\cache2\entries\ | 8/13/2024 15:41 | 86 KB | Very poor | This file is overwritten with "D:\Program Files\TeamViewer\TeamViewer15_Logfile.log" |
| 52DB0D70660ADAA46BD648D06... | D:\Users\Administrator\AppData\Local\Mozilla\Firefox\Profiles\sso65ey0.default-release\cache2\entries\ | 8/14/2024 09:23 | 12 KB | Very poor | This file is overwritten with "D:\Program Files\TeamViewer\TeamViewer15_Logfile_OLD.log" |
| 533375677E0703491F4C9E10BF3... | D:\Users\Administrator\AppData\Local\Mozilla\Firefox\Profiles\sso65ey0.default-release\cache2\entries\ | 8/15/2024 07:57 | 20 KB | Very poor | This file is overwritten with "D:\Program Files\TeamViewer\TeamViewer15_Logfile_OLD.log" |
| 5FC3F0BA733995CCA882B4A97... | D:\Users\Administrator\AppData\Local\Mozilla\Firefox\Profiles\sso65ey0.default-release\cache2\entries\ | 8/17/2024 08:46 | 16 KB | Very poor | This file is overwritten with "D:\Program Files\TeamViewer\TeamViewer15_Logfile_OLD.log" |
| 6A51D85EB0EFE14FEE1B5DA3B... | D:\Users\Administrator\AppData\Local\Mozilla\Firefox\Profiles\sso65ey0.default-release\cache2\entries\ | 7/27/2024 06:28 | 596 KB | Very poor | This file is overwritten with "D:\Users\Administrator\AppData\Roaming\Mozilla\Firefox\Profiles\sso65ey0.default-releas |
| 75CAE155E9E6468D8268D06FB89... | D:\Users\Administrator\AppData\Local\Mozilla\Firefox\Profiles\sso65ey0.default-release\cache2\entries\ | 7/27/2024 06:28 | 13 KB | Very poor | This file is overwritten with "D:\Program Files\TeamViewer\TeamViewer15_Logfile_OLD.log" |
| 854663504507685401 9EB79846B... | D:\Users\Administrator\AppData\Local\Mozilla\Firefox\Profiles\sso65ey0.default-release\cache2\entries\ | 8/14/2024 09:23 | 10 KB | Very poor | This file is overwritten with "D:\Program Files\TeamViewer\TeamViewer15_Logfile_OLD.log" |
| 89B9AC6F236556243038FCF69C... | D:\Users\Administrator\AppData\Local\Mozilla\Firefox\Profiles\sso65ey0.default-release\cache2\entries\ | 8/17/2024 09:10 | 484 KB | Very poor | This file is overwritten with "D:\Program Files\TeamViewer\outlook\TeamViewerMeetingAddinShim.dll" |
| 9CBB4490BBE79899360656C787... | D:\Users\Administrator\AppData\Local\Mozilla\Firefox\Profiles\sso65ey0.default-release\cache2\entries\ | 7/27/2024 06:27 | 12 KB | Very poor | This file is overwritten with "D:\Program Files\TeamViewer\TeamViewer15_Logfile_OLD.log" |
| A366E27B3FC8D63E91BF197215... | D:\Users\Administrator\AppData\Local\Mozilla\Firefox\Profiles\sso65ey0.default-release\cache2\entries\ | 8/14/2024 09:23 | 72 KB | Very poor | This file is overwritten with "D:\Program Files\TeamViewer\TeamViewer15_Logfile_OLD.log" |
| AcGenral.dll | D:\Windows\WinSxS\Temp\InFlight\dfad2e20095fda01650400009c15e855\wow64_microsoft-windows-a..ence-mitigations-c3_31bf3856ad364e35_10.0.22621.1_none_780esec41a6990b5\ | 5/6/2022 22:20 | 2,404 KB | Very poor | This file is overwritten with "D:\Users\Administrator\AppData\Local\Intel\ShaderCache\1e1b30db48324800397b225f |
| appserverai.dll | D:\amd64_microsoft-windows-s.stack-termsrv-extra_31bf3856ad364e35_10.0.22621.3801_none_f2Eb3c20bb6aca11\ | 5/24/2024 20:58 | 145 KB | Very poor | This file is overwritten with "D:\cache\. |
| caches.sqlite-shm | D:\\cache\ | 7/28/2024 00:55 | 32 KB | Very poor | This file is overwritten with "D:\Program Files\TeamViewer\TeamViewer15_Logfile_OLD.log" |
| CDD4E5966B85EB6078221C504F... | D:\Users\Administrator\AppData\Local\Mozilla\Firefox\Profiles\sso65ey0.default-release\cache2\entries\ | 8/14/2024 17:01 | 10 KB | Very poor | This file is overwritten with "D:\Program Files\TeamViewer\TeamViewer15_Logfile_OLD.log" |
| d2d1.dll | D:\Windows\WinSxS\Temp\InFlight\dfad2e20095fda01650400009c15e855\amd64_microsoft-windows-d2d_31bf3856ad364e35_10.0.22621.1_none_0932b2784faf2971\ | 5/6/2022 22:19 | 5,949 KB | Very poor | This file is overwritten with "D:\Windows\WinSxS\amd64_microsoft-windows-p..s-developer-library_31bf3856ad364e35_ |
| d3d12SDKLayers.dll | D:\Windows\WinSxS\Temp\InFlight\dfad2e20095fda01650400009c15e855\amd64_microsoft-windows-directx-d3d12sdklayers_31bf3856ad364e35_10.0.22621.1_none_43ffe384fbfdeff5\ | 5/6/2022 13:47 | 5,296 KB | Very poor | This file is overwritten with "D:\Users\Administrator\AppData\Local\Microsoft\Office\16.0\sides\f70524a59b483a |
| DXCap.exe | D:\Windows\WinSxS\Temp\InFlight\64e8d15da2b2da01f2030000049306c\wow64_microsoft-windows-directx-graphics-tools_31bf3856ad364e35_10.0.22621.1_none_9be994fa844fc765\ | 5/6/2022 13:39 | 205 KB | Very poor | This file is overwritten with "D:\Users\Administrator\AppData\Local\Microsoft\Office\SolutionPackages\f70524a59b483a |
| edgehtml.dll | D:\Windows\WinSxS\Temp\InFlight\50e6b2e3e16bde016a030000402ca84e\wow64_microsoft-windows-ie-htmlrendering_31bf3856ad364e35_11.0.22621.3007_none_41603132fb75e814\ | 1/9/2024 12:37 | 19,893 KB | Very poor | This file is overwritten with "D:\Users\Administrator\AppData\Local\Google\Chrome\User Data\Default\Cache\Cache_C |
| ExplorerFrame.dll | D:\Windows\WinSxS\Temp\InFlight\50e6b2e3e16bde016a030000402ca84e\wow64_microsoft-windows-explorerframe_31bf3856ad364e35_10.0.22621.3007_none_ace2140723a5bbe7\ | 1/9/2024 12:38 | 1,928 KB | Very poor | This file is overwritten with "D:\Users\Robert\AppData\Local\Microsoft\OneDrive\logs\ListSync\Business1\microsoftNu |
| FaceDetectorResources.dll | D:\Windows\WinSxS\Temp\InFlight\dfad2e20095fda01650400009c15e855\amd64_dual_halfcore.inf_31bf3856ad364e35_10.0.22621.1_none_9cd3bc14fc68a320\ | 5/6/2022 13:30 | 17,203 KB | Very poor | This file is overwritten with "D:\Users\Administrator\AppData\Local\Microsoft\OneDrive\24.145.0721.0003\LogoImages\ANResources\resource |
| IESettingSync.exe | D:\Windows\WinSxS\Temp\InFlight\a7b26f0576dfda01bd030000049306c\a6\wow64_microsoft-windows-ieframe_31bf3856ad364e35_11.0.22621.3672_none_3aa73aa53348a2fb\ | 5/30/2024 17:47 | 480 KB | Very poor | This file is overwritten with "D:\Program Files\Microsoft OneDrive\24.145.0721.0003\LogoImages\ANResources\resource |
| IMJPKDIC.DLL | D:\Windows\WinSxS\Temp\InFlight\64e8d15da2b2da01f2030000049306c\wow64_microsoft-windows-d..njifinderdictionary_31bf3856ad364e35_10.0.22621.2506_none_3045d03365d1f719\ | 1/9/2024 12:37 | 545 KB | Very poor | This file is overwritten with "D:\Windows\WinSxS\amd64_microsoft-windows-userdeviceregistration_31bf3856ad364e35_ |
| LockApp.exe | D:\Windows\WinSxS\Temp\InFlight\dfad2e20095fda01650400009c33e49\amd64_microsoft-windows-lockapp.appxmsin_31bf3856ad364e35_10.0.22621.1_none_4905de3cc7b00ba1\ | 5/6/2022 22:19 | 3,109 KB | Very poor | This file is overwritten with "D:\Program Files (x86)\Microsoft\EdgeCore\129.0.2766.0\Locales\ga.pak" |
| mce_office.dll | D:\\ | 6/30/2024 13:00 | 5,920 KB | Very poor | This file is overwritten with "D:\Users\Administrator\AppData\Local\Microsoft\Edge Dev\User Data\Default\Preferences |
| mprapi.dll | D:\Windows\WinSxS\Temp\InFlight\df525f99ce5a5da0173020000501695c1\amd64_microsoft-windows-mprapi_31bf3856ad364e35_10.0.22621.1_none_75a250a046e2cb7b\ | 5/6/2022 22:19 | 536 KB | Very poor | This file is overwritten with "D:\Program Files\WindowsApps\microsoft.windowscommunicationsapps.16005.14326.220 |
| mstcms.dll | D:\Windows\WinSxS\Temp\InFlight\6d6b07d849eeda01310200009c33e49\amd64_microsoft-windows-icm-base_31bf3856ad364e35_10.0.22621.3672_none_029edf0c05042531b\ | 5/30/2024 08:06 | 764 KB | Very poor | This file is overwritten with "D:\Program Files\WindowsApps\Microsoft.Windows.Photos_2024.11070.31001.0_x64__8wek |
| msedge.dll | D:\Windows\WinSxS\Temp\InFlight\b0028903f87dda01e3010000b40b281d\amd64_microsoft-edge-webview_31bf3856ad364e35_10.0.22621.1_none_72fe7b4806349259\ | 1/9/2024 12:36 | 261,544 KB | Very poor | This file is overwritten with "D:\Program Files\WindowsApps\Microsoft.Windows.Photos_2024.11070.31001.0_x64__8wek |

Recovery completed in 0.09 second. Total recovered 5 file(s): fully recovered 5 file(s), partly recovered 0 file(s).

USD/CNY -0.54%

12:23 PM 9/15/2024

# EXHIBIT 14

## Recovered TeamViewer Session File (session.json) — Unauthorized Remote Access Artifact

This exhibit reproduces, verbatim, the contents of a `session.json` file recovered from Plaintiff's father's compromised device during an independent forensic analysis. As shown in the prior Recuva scan (Exhibit 13), this `session.json` was affirmatively listed as a non-degraded, recoverable file. The file was created by TeamViewer remote-access software and contains machine-generated session metadata:

```
{
 "init": true,
 "sid": "5087706b-cc1a-436d-8499-53b769dfa7a5",
 "status": "ok",
 "errors": 0,
 "started": "2024-08-14T13:19:40.341Z",
 "duration": 0,
 "attrs": {
  "release":
"teamviewer_windows@15.55.3+65211090fce",
  "environment": null
 }
}
```

## Key Fields:

**Session ID (`sid`): 5087706b-cc1a-436d-8499-53b769dfa7a5** — A globally unique identifier assigned by TeamViewer's infrastructure to this specific remote access session. TeamViewer GmbH maintains server-side logs linking each Session ID to the originating account, IP address, and device hardware identifiers.

**Timestamp (`started`): 2024-08-14T13:19:40.341Z** — August 14, 2024, at 1:19 PM UTC. This unauthorized remote access session was initiated twelve days before

Officer Hernandez dismissed Plaintiff's crime report as a psychiatric delusion and executed the Emergency Detention Order on August 26, 2024.

**Software Version (`release`): teamviewer_windows@15.55.3 (build 65211090fce)** — Identifies the exact TeamViewer Enterprise client version used by the unauthorized accessor.

[See attached native session.json artifact]