# AFFIDAVIT OF SERVICE

| Case: 4:26-cv-02517 | Court: S.D. (Tex.) | County: Harris, TX | Job: 15560909 |
|---|---|---|---|
| Plaintiff / Petitioner: Robert W. Van Kirk | | Defendant / Respondent: Officer M. Hernandez et al. | |
| Received by: AMERICAN SERVERS, LLC | | For: Robert Van Kirk | |
| To be served upon: Officer M. Hernandez (Badge #8324) | | | |

I, Travis Turel, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Officer M. Hernandez (Badge #8324), Houston Police Department - Southeast Station: 8300 Mykawa Rd, Houston, Texas 77048

**Manner of Service:** Personal/Individual, Apr 6, 2026, 1:00 pm CDT

**Documents:** 1C.motion_for_ecf_access.proposedorder.pdf, 1C.motion_for_ecf_access.pdf, summons_3_officer_hernandez.pdf, Master_Civil_Rights_Complaint_With_Exhibits.pdf (Received March 31, 2026 at 1:05 PM CST)

**Additional Comments:**
1) Unsuccessful Attempt: Apr 2, 2026, 10:18 am CDT at Houston Police Department - Southeast Station: 8300 Mykawa Rd, Houston, Texas 77048
Entered the Police Station's lobby, which was fully secure. I spoke to an office behind glass and he informed me that the recipient in question, (he believed - was not fully sure) would not arrive at the station for duty until 2:00PM CST later today.

2) Unsuccessful Attempt: Apr 2, 2026, 2:00 pm CDT at Houston Police Department - Southeast Station: 8300 Mykawa Rd, Houston, Texas 77048
Entered the police station and spoke to the duty officer at the reception and he conferred with another officer within the reception desk and told me to come back at 4pm. Said the recipient was not at the station yet but would be later.

3) Unsuccessful Attempt: Apr 2, 2026, 4:30 pm CDT at Houston Police Department - Southeast Station: 8300 Mykawa Rd, Houston, Texas 77048
Spoke to the police officer whom I had been told was likely the "M. Hernandez" and asked the individual if his badge number was #8324; was told no. The only other M. Hernandez is "Miguel" and he is not on duty; will not be on duty until Monday, April 6th at 1pm CST.

4) Successful Attempt: Apr 6, 2026, 1:00 pm CDT at Houston Police Department - Southeast Station: 8300 Mykawa Rd, Houston, Texas 77048 received by Officer M. Hernandez (Badge #8324). Age: 35; Ethnicity: Hispanic; Gender: Male; Weight: 150; Height: 5'6"; Hair: Black; Eyes: Brown;
Asked the Police Reception for the recipient. Officer Miguel "M" Hernandez came forward and he confirmed his identity. I asked if his badge number was "8324" and he confirmed that it was. Handed him the documents.

___Travis Turel___ 4-6-2026

Travis Turel     Date
PSC - 18000

Certification Exp.: 1/31/2028
AMERICAN SERVERS, LLC
700 LOUISIANA STREET SUITE 3950
HOUSTON, TX 77002

United States Courts
Southern District of Texas
F I L E D

APR 0 8 2026

Nathan Ochsner, Clerk of Court