# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

## HOUSTON DIVISION

**ROBERT W. VAN KIRK,**
*Plaintiff,*

*v.*

**OFFICER M. HERNANDEZ, et al.,**
*Defendants.*

Case No. 4:26-cv-02517

Honorable George C. Hanks Jr.

United States Courts
Southern District of Texas
FILED

APR 0 8 2026

Nathan Ochsner, Clerk of Court

## NOTICE OF SUPPLEMENTAL SERVICE OF COURT ORDER

### TO THE HONORABLE JUDGE GEORGE C. HANKS JR.:

Please take notice that on April 8, 2026, Plaintiff Robert W. Van Kirk effectuated supplemental service upon Defendant City of Houston, Defendant Harris County Hospital District d/b/a Harris Health System, and Defendant Officer M. Hernandez to cure an inadvertent omission in the initial service packet.

Specifically, Plaintiff served a true and correct copy of this Court's Order for Conference and Disclosure of Interested Parties (Dkt. No. 3, filed March 30, 2026) on the aforementioned defendants via U.S. first-class mail as follows:

**Defendant City of Houston** — City of Houston Legal Department, 900 Bagby Street, 4th Floor, Houston, Texas 77002.

**Defendant Harris County Hospital District d/b/a Harris Health System** — Harris Health System Legal Department, 4800 Fournace Place, Bellaire, Texas 77401.

**Defendant Officer M. Hernandez (Badge No. 8324)** — Houston Police Department Southeast Patrol Station, 8300 Mykawa Road, Houston, Texas 77048.

This supplemental service is made pursuant to Paragraph 8 of the Order, which requires that all parties appearing pro se serve a copy of the Order with the summons and complaint, supplementing the original service of the Summons and Original Complaint previously reflected on the docket.

This Notice is submitted to ensure full transparency with the Court and strict adherence to the Local Rules concerning service of process.

Respectfully submitted,

Dated: April 8, 2026

*Robert W. Van Kirk*

**ROBERT W. VAN KIRK**
*Plaintiff, Pro Se*
7366 Brace St., Houston, TX 77061
(832) 428-2882
robertwaynevankirk@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2026, a true and correct copy of the foregoing document was served on the following parties by the methods indicated:

• **Defendant City of Houston** — via U.S. first-class mail to the City of Houston Legal Department, 900 Bagby Street, 4th Floor, Houston, Texas 77002.

• **Defendant Harris County Hospital District d/b/a Harris Health System** — via U.S. first-class mail to the Harris Health System Legal Department, 4800 Fournace Place, Bellaire, Texas 77401.

• **Defendant Officer M. Hernandez (Badge No. 8324)** — via U.S. first-class mail addressed to the Houston Police Department Southeast Patrol Station, 8300 Mykawa Road, Houston, Texas 77048.

Because no Defendant has entered an appearance or designated counsel of record on the Court's CM/ECF system as of the date of this filing, CM/ECF electronic service is unavailable. The remaining individual Defendants (Officer John Doe, Valeria M. Contreras, M.D., and Jasmine Balbir Singh Aneja, R.N.) have not yet been served with the Original Complaint and Summons.

*Robert W. Van Kirk*

ROBERT W. VAN KIRK