**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | |
|---|---|
| **ROBERT W. VAN KIRK,**<br>*Plaintiff,*<br><br>v.<br><br>**OFFICER M. HERNANDEZ,** et al.,<br>*Defendants.* | Case No. 4:26-cv-02517<br><br>Honorable George C. Hanks Jr. |

United States Courts
Southern District of Texas
F I L E D

APR 0 8 2026

Nathan Ochsner, Clerk of Court

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties (Dkt. 3, ¶ 3) and Federal Rule of Civil Procedure 7.1, Plaintiff Robert W. Van Kirk, proceeding pro se, files this Certificate of Interested Parties identifying all persons and entities known to Plaintiff that are financially interested in the outcome of this litigation.

### I. FINANCIALLY INTERESTED PERSONS

The following persons are financially interested in the outcome of this litigation:

1.  **Robert W. Van Kirk**, Plaintiff. Individual. Pro se.

2.  **Carolyn Van Kirk**, mother of Plaintiff and an on-scene eyewitness to the events alleged in the Verified Complaint. She has a direct financial interest in the outcome of this litigation regarding the cryptocurrency losses pleaded as proximate damages.

**3.** **Wayne Van Kirk**, father of Plaintiff. He has a direct financial interest in the outcome of this litigation regarding the cryptocurrency losses pleaded as proximate damages.

No other persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities known to Plaintiff are financially interested in the outcome of this litigation.

## II. CORPORATE DISCLOSURE STATEMENT (FRCP 7.1)

Plaintiff Robert W. Van Kirk is an individual human being acting in a pro se capacity. He is not a corporation, has no parent corporation, and no publicly held corporation owns 10% or more of his stock. No publicly held corporation has a direct financial interest in the outcome of this litigation known to Plaintiff at this time.

Plaintiff will promptly file an amended certificate if additional persons or entities with a financial interest in this litigation are identified.

Respectfully submitted,

Dated: April 8, 2026

*Robert W. Van Kirk*
**ROBERT W. VAN KIRK**
*Plaintiff, Pro Se*
7366 Brace St., Houston, TX 77061
(832) 428-2882
robertwaynevankirk@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2026, a true and correct copy of the foregoing document was served on the following parties by the methods indicated:

• **Defendant City of Houston** — via U.S. first-class mail to the City of Houston Legal Department, 900 Bagby Street, 4th Floor, Houston, Texas 77002.

• **Defendant Harris County Hospital District d/b/a Harris Health System** — via U.S. first-class mail to the Harris Health System Legal Department, 4800 Fournace Place, Bellaire, Texas 77401.

• **Defendant Officer M. Hernandez (Badge No. 8324)** — via U.S. first-class mail addressed to the Houston Police Department Southeast Patrol Station, 8300 Mykawa Road, Houston, Texas 77048.

Because no Defendant has entered an appearance or designated counsel of record on the Court's CM/ECF system as of the date of this filing, CM/ECF electronic service is unavailable. The remaining individual Defendants (Officer John Doe, Valeria M. Contreras, M.D., and Jasmine Balbir Singh Aneja, R.N.) have not yet been served with the Original Complaint and Summons.

_Robert W. Van Kirk_
**ROBERT W. VAN KIRK**