# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

**ROBERT W. VAN KIRK,**
*Plaintiff,*

v.

**OFFICER M. HERNANDEZ,** et al.,
*Defendants.*

Case No. 4:26-cv-02517

Honorable George C. Hanks Jr.

## ORDER

Before the Court is Plaintiff's Motion for Early Expedited Discovery of Body-Worn Camera Footage, CAD Records, and EDO Application Pursuant to Federal Rule of Civil Procedure 26(d)(1). Having considered the motion, the record, and the applicable law, the Court finds that good cause exists and GRANTS the motion.

It is hereby **ORDERED** as follows:

### 1. Authorization of Early Discovery

Plaintiff Robert W. Van Kirk is authorized to serve the following discovery requests on Defendant City of Houston immediately, without waiting for the parties' Rule 26(f) conference.

### 2. Requests for Production Authorized

Plaintiff is authorized to serve the following Requests for Production on Defendant City of Houston:

(a) All body-worn camera (BWC) and in-car video footage, in its native electronic format with all associated metadata, recorded by any HPD officer who responded to, was dispatched to, or was present at or near 7470 Bellfort Street, Houston, Texas, between 12:00 PM and 11:59 PM CDT on August 26, 2024, that concern or involve Plaintiff, the reports of crimes made by Plaintiff, or the seizure and detention of Plaintiff, including but not limited to footage from Officer M. Hernandez (Badge No. 8324) and all other responding officers.

(b) HPD's internal file copy of the Notification of Emergency Detention (commonly referred to as an EDO), including any accompanying supervisor review forms and any other supplemental reports or sworn statements filed into HPD's Records Management System by Officer Hernandez or any "John Doe" responding officers concerning Incident No. 121581524.

(c) All Computer-Aided Dispatch (CAD) event logs, including all associated dispatch notes, officer queries, system lookups, and radio dispatch audio recordings, for any call for service, incident, or officer activity at or near 7470 Bellfort Street, Houston, Texas, between 12:00 PM and 11:59 PM CDT on August 26, 2024, that concern or involve Plaintiff, the reports of crimes made by Plaintiff, or the seizure and detention of Plaintiff.

### 3. Response Deadline

Defendant City of Houston shall respond to the above Requests for Production within **fourteen (14) days** of service.

## 4. Deposition Limitation

No depositions of any individual defendant who asserts qualified immunity shall be taken pursuant to this Order. The discovery authorized herein is limited to document production from Defendant City of Houston. This limitation shall remain in effect until the Court resolves any pending qualified-immunity motion or otherwise orders. This limitation ensures strict compliance with the Fifth Circuit's mandate in *Carswell v. Camp*, 54 F.4th 307 (5th Cir. 2022), protecting individual officers from the burdens of litigation during the pendency of any qualified immunity defense.

## 5. No Waiver

This Order authorizes early, narrowly tailored discovery for good cause and does not constitute a waiver of any party's right to object to the scope or relevance of any particular request. Defendant retains all objections available under the Federal Rules of Civil Procedure.

SIGNED on this _____ day of _____, 2026.

_____
UNITED STATES DISTRICT JUDGE