**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ROBERT W. VAN KIRK,** | § | |
| | § | |
| **PLAINTIFF *pro se*,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **OFFICER M. HERNANDEZ, in his** | § | CIVIL ACTION NO. 4:26-CV-02517 |
| **individual capacity; OFFICER JOHN** | § | |
| **DOE, in his individual capacity; THE** | § | |
| **CITY OF HOUSTON; HARRIS** | § | |
| **COUNTY HOSPITAL DISTRICT d/b/a** | § | |
| **HARRIS HEALTH SYSTEM / BEN** | § | |
| **TAUB HOSPITAL; VALERIE M.** | § | |
| **CONTRERAS, M.D., in her individual** | § | |
| **capacity, and JASMINE BALBIR** | § | |
| **SINGH ANEJA, R.N., in her individual** | § | |
| **capacity,** | § | |
| | § | |
| **DEFENDANTS.** | § | |

**HARRIS HEALTH SYSTEM AND NURSE ANEJA'S**
**CERTIFICATE OF INTERESTED PARTIES**

Defendants Harris County Hospital District d/b/a Harris Health System and Jasmine Balbir Singh Aneja, R.N. file this Certificate of Interested Parties listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

(1)     Plaintiff Robert Van Kirk

(2)     Defendant Jasmine Balbir Singh Aneja, R.N.

(3)     Defendant Officer M. Hernandez

(4)     Defendant Officer John Doe

(5)     Defendant the City of Houston

1

(6)     Valerie M. Contreras, M.D.

(7)     Harris County Hospital District d/b/a Harris Health, a political subdivision
        of the State of Texas; Harris Health does not have a parent corporation and
        no publicly held corporation owns 10% or more of its stock

Date:   April 22, 2026                          Respectfully submitted,

                                                HARRIS COUNTY ATTORNEY

                                                By: */s/ Michael D. Fritz*
                                                Michael D. Fritz
                                                Assistant County Attorney
                                                Texas Bar No. 24083029
                                                S.D. Texas ID No. 2440934
                                                *Michael.Fritz@harrishealth.org*
                                                4800 Fournace Place
                                                Sixth Floor, East Wing
                                                Houston, Texas 77401
                                                (346) 426-0326 (telephone)
                                                (713) 566-6558 (facsimile)

                                                *Attorney-in-Charge for Defendants Harris
                                                County Hospital District d/b/a Harris
                                                Health System and Nurse Aneja*

## CERTIFICATE OF SERVICE

        I hereby certify that on April 22, 2026, I electronically transmitted the attached document
to the Clerk of Court using the ECF System for filing.

                                                */s/ Michael D. Fritz*
                                                Michael D. Fritz