United States Courts
Southern District of Texas
F I L E D

APR 2 2 2026

Nathan Ochsner, Clerk of Court

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT W. VAN KIRK, *Plaintiff,* | § § § | |
| *v.* | § § | CIVIL ACTION NO. 4:26-cv-02517 |
| Officer Hernandez, et al., *Defendants.* | § § § § | Honorable George C. Hanks, Jr. |

## PLAINTIFF'S RESPONSE TO HARRIS HEALTH DEFENDANTS' PRE-MOTION CONFERENCE REQUEST (DKT. 13)

### PLAINTIFF'S RESPONSE TO HARRIS HEALTH DEFENDANTS' PRE-MOTION CONFERENCE REQUEST (DKT. 13)

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Robert Van Kirk, Plaintiff *pro se* in the above-styled cause, and respectfully submits this response to the letter filed by counsel for Harris Health System and Nurse Aneja (Dkt. 13), requesting a pre-motion conference regarding an anticipated Rule 12(b)(1) and 12(b)(6) motion.

### I. CONFERRAL AND RESOLUTION

1.      Counsel's letter (Dkt. 13) states that he "contacted Van Kirk by e-mail on April 15, 2026 and on April 21, 2026" regarding the prospective motion. Plaintiff did not receive either email. Plaintiff has searched his inbox, spam folder, and all filtered mail — no correspondence from Mr. Fritz or from his email address (Michael.Fritz@harrishealth.org) appears anywhere in Plaintiff's records. Plaintiff would have responded had he received it, as he did with the City of Houston's counsel on the same subject.

2.     On April 22, 2026, upon reviewing Dkt. 13 on the docket, Plaintiff emailed Mr. Fritz directly, informed him that Plaintiff never received his prior correspondence, and notified him that a First Amended Complaint would supersede the current pleading.

3.     Mr. Fritz responded the same day, stating: "Thank you. I will await the Amended Complaint." A copy of this email exchange can be provided to the Court upon request.

## II. THE PARTIES AGREE THE PRE-MOTION CONFERENCE SHOULD BE HELD IN ABEYANCE

4.     Plaintiff intends to file a First Amended Complaint by May 14, 2026. This timeline was agreed to during conferral with the City of Houston's counsel, Ms. Azadeh, on April 20–21, 2026. The amended complaint will supersede the original complaint in its entirety and will address, among other things, the Harris Health and Nurse Aneja claims identified in Dkt. 13.

5.     Because the amended complaint will replace the pleading that Defendants' letter addresses, the arguments set forth in Dkt. 13 will be directed at a complaint that no longer exists. Mr. Fritz's April 22 email confirms that Harris Health's counsel agrees to await the amended complaint before proceeding with any Rule 12 motion.

6.     If Defendants still wish to seek dismissal after the amended complaint is filed, Plaintiff is willing to confer at that time regarding any Rule 12 motion.

## III. PRAYER

WHEREFORE, PREMISES CONSIDERED, the parties having conferred and agreed that Harris Health's anticipated motion should await the First Amended Complaint, Plaintiff respectfully requests that the Court hold the pre-motion conference request (Dkt. 13) in abeyance until after the First Amended Complaint is filed.

Respectfully submitted,

Dated: April 22, 2026

*Robert W. Van Kirk*

**ROBERT W. VAN KIRK**
*Plaintiff, Pro Se*
7366 Brace St., Houston, TX 77061
(832) 428-2882
robertwaynevankirk@gmail.com

## CERTIFICATE OF SERVICE

I certify that on April 22, 2026, I served a true and correct copy of this document on all counsel of record by email: Michael D. Fritz, Assistant County Attorney, Michael.Fritz@harrishealth.org; Melissa Azadeh, City of Houston Legal Department, Melissa.Azadeh@houstontx.gov; Shirley High, City of Houston Legal Department, Shirley.High@houstontx.gov; Amber Massey, Baylor College of Medicine (counsel for Dr. Contreras), amber.massey@bcm.edu.

*Robert W. Van Kirk*

**ROBERT W. VAN KIRK**