# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

ROBERT W. VAN KIRK §
§
   Plaintiff(s), §
VS. §   CIVIL ACTION NO. 4:26−cv−02517
§
OFFICER HERNANDEZ, et al. §
§
   Defendant. §

## NOTICE OF SETTING

   A Pre−Motion Conference has been set in this matter for 03:00 PM on 5/12/2026. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1617983346?pwd=jmI4vfEDyVpH19ZweqdYn0eekA3Frk.1*
Meeting phone number: 1−669−254−5252
Meeting ID: 161 798 3346
Meeting Password: 885657

   Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 4/23/2026                 Kimberly Picota
cm4147@txs.uscourts.gov
Case Manager to
U.S. District Judge George C. Hanks, Jr.