# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

Robert W. Van Kirk

v.                                      Case Number: 4:26–cv–02517

Officer Hernandez, et al.

---

### Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Peter Bray**

**LOCATION:**
by video
Meeting phone number: 16692545252
Meeting ID: 161 297 7356
Meeting Password: 327375

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 7/30/2026

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Initial Conference

---

Date:   May 18, 2026                        Nathan Ochsner, Clerk