**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Robert W. Van Kirk | § | |
| | § | |
| *versus* | § | Case Number: 4:26−cv−02517 |
| | § | |
| Officer Hernandez, et al. | § | |

# Notice of Cancellation

A proceeding in this case has been canceled as set forth below.

Canceled setting: Pre−Motion Conference

Date and Time: March 27, 2026 at 3:00 p.m.

Date: May 26, 2026

Nathan Ochsner, Clerk