# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT W. VAN KIRK | § | |
| | § | |
| Plaintiff(s), | § | |
| VS. | § | CIVIL ACTION NO. 4:26−cv−02517 |
| | § | |
| OFFICER HERNANDEZ, et al. | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SETTING

A Pre−Motion Conference has been set in this matter for 02:00 PM on 6/5/2026. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1604248535?pwd=7isjLpYRB3Z3iF5mlYYERMudlDUspc.1*
Meeting phone number: 1−669−254−5252
Meeting ID: 160 424 8535
Meeting Password: 080087

Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 5/29/2026

Kimberly Picota
cm4147@txs.uscourts.gov
Case Manager to
U.S. District Judge George C. Hanks, Jr.