## <u>HEARING MINUTES</u>

Cause No:        4:26-CV-2517

Style:        Van Kirk v. Officer Hernandez et al

Hearing Type:    Pre-motion conference

**Appearances:**

| **<u>Counsel</u>** | **<u>Representing</u>** |
| --- | --- |
| Robert W. Van Kirk | Plaintiff, *pro se* |
| Melissa Azadeh | City of Houston; Officer Hernandez |
| Michael David Fritz | Harris County Hospital District; Nurse Aneja |
| Dale Burrus | Dr. Contreras |

Date:  June 5, 2026            Court reporter:  ERO
Time: 2:27 p.m.—2:36 p.m.        Law Clerk: L. McKinney

At the hearing, the following rulings were made as stated on the record:

The Court held a pre-motion conference regarding docket entries 24 and 25.

Defendants may file motions to dismiss **on or before June 26, 2026**. Plaintiff may respond to Defendants' motions to dismiss **on or before July 17, 2026**. Defendants may file reply briefs **on or before July 24, 2026**.

Docket entries 24 and 25 are **TERMINATED**.

1 / 1