**THE STATE OF TEXAS**

**COUNTY OF HARRIS**

## BUSINESS RECORDS AFFIDAVIT

BEFORE ME, the undersigned authority, personally appeared _Yolanda Sylvester_ who, after being by me duly sworn, stated and deposed as follows:

My name is _Yolanda Sylvester_. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I am custodian of the medical records for Harris Health, which is owned and operated by Harris County Hospital Ditrict d/b/a Harris Health. Attached are_162_ pages of medical records from Harris Health for Robert Van Kirk from _08/26/2024_ to 10/02/2024. These said records are kept by Harris Health in the regular course of business, and it was the regular course of business of Harris Health for an employee or representative of Harris Health with knowledge of the act, event, condition, opinions, or diagnosis recorded to make the record or to transmit information thereof to be included in such record, and the record was made at or near the time of the matter or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

_____
Affiant, Custodian of Records

SUBSCRIBED AND SWORN TO BEFORE ME this the 31st day of March, 2026

_____
NOTARY PUBLIC – STATE OF TEXAS

ROCKQUITTA L BROOKS
Notary Public, State of Texas
Comm. Expires 01-08-2028
Notary ID 132293686