IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ROBERT W. VAN KIRK,** | § | |
| | § | |
| **PLAINTIFF** *pro se*, | § | |
| | § | |
| **v.** | § | |
| | § | |
| **OFFICER M. HERNANDEZ, in his** | § | **CIVIL ACTION NO. 4:26-CV-02517** |
| **individual capacity; OFFICER JOHN** | § | |
| **DOE, in his individual capacity; THE** | § | |
| **CITY OF HOUSTON; HARRIS** | § | |
| **COUNTY HOSPITAL DISTRICT d/b/a** | § | |
| **HARRIS HEALTH SYSTEM / BEN** | § | |
| **TAUB HOSPITAL; VALERIE M.** | § | |
| **CONTRERAS, M.D., in her individual** | § | |
| **capacity, and JASMINE BALBIR** | § | |
| **SINGH ANEJA, R.N., in her individual** | § | |
| **capacity,** | § | |
| | § | |
| **DEFENDANTS.** | § | |

**ORDER ON DEFENDANTS' MOTION TO DISMISS**

The Court, having considered the Motion to Dismiss filed by Defendant Harris County Hospital District d/b/a Harris Health, Jasmine Balbir Singh Aneja, R.N., and Monique Jones (collectively, "Defendants"), finds that the motion should be GRANTED.

Accordingly, the Court ORDERS that all claims asserted by Van Kirk against Defendants are DISMISSED WITH PREJUDICE.

_____
DISTRICT JUDGE