# EXHIBIT 1

# Texas Commission On Law Enforcement

## Personal Status Report

| **Name** | **TCOLE ID (P ID)** | **STATUS** |
|---|---|---|
| MIGUEL A. HERNANDEZ | █████ | |

| **Citizen** | **Race** | **Gender** |
|---|---|---|
| Yes | Hispanic | Male |

## Career/Professional Training

| Institution | Hours | Education | From | To |
|---|---|---|---|---|
| Total Higher Education Hours | | | | |
| Total Higher Education Points | 0 | | | |
| Total MilitaryTraining Hours | 0 | | | |
| Total | 0 | | | |

## Service History

| Appointed As | Department | Award | Service Start Date | Service End Date | Service Time |
|---|---|---|---|---|---|
| Peace Officer | HOUSTON POLICE DEPT. | Peace Officer License | 2/4/2008 | | 18 years,  4 months |
| Peace Officer | HOUSTON ISD POLICE DEPT. | Peace Officer License | 5/24/2004 | 2/3/2008 | 3 years,  8 months |
| Peace Officer | NORTH FOREST I.S.D. POLICE DEPT. | Peace Officer License | 11/6/2001 | 5/21/2004 | 2 years,  6 months |

## Total Service Time

| Description | Service Time |
|---|---|
| Peace Officer | 24 years,  7 months |
| Total officer time | 24 years,  7 months |

## Award Information

| Award | Type | Action | Action Date |
|---|---|---|---|
| Peace Officer License | License | | |
| | | Granted | 1/2/2002 |
| Basic Peace Officer | Certificate | | |
| | | Certification Issued | 3/4/2004 |
| Intermediate Peace Officer | Certificate | | |
| | | Certification Issued | 2/7/2012 |
| Advanced Peace Officer | Certificate | | |
| | | Certification Issued | 2/7/2012 |
| Master Peace Officer | Certificate | | |
| | | Certification Issued | 11/17/2016 |

# Texas Commission On Law Enforcement

## Personal Status Report

## Academy History

| | Date | Institution | Course Title |
|---|---|---|---|
| Completed | 7/25/2008 | Houston Police Academy | Basic Peace Officer |
| Completed | 4/18/2001 | University of Houston - Downtown LEA | Basic Peace Officer |
| Completed | 5/12/1999 | University of Houston - Downtown LEA | Basic Peace Officer |

## Courses Completed

**09/01/2025 - 08/31/2027**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3312 | ALERRT Update | 3/17/2026 | 1 | Houston Police Academy | |
| 3189 | 89th Session State and Federal Law Update | 2/17/2026 | 4 | MyTCOLE 3 online | |
| 7006 | Protecting Your TCOLE License | 2/17/2026 | 2 | MyTCOLE 3 online | |
| 3366 | ALERRT Active Attack Incident Mgmt (online) | 1/12/2026 | 4 | Houston Police Academy | |
| 78052 | TEEX Active Attack Emer Communications | 1/12/2026 | 3 | Houston Police Academy | |
| 3344 | Less Lethal Electronic Control Device Training | 11/13/2025 | 8 | Houston Police Academy | |
| | | **Unit Hours** | 22 | | |

**09/01/2023 - 08/31/2025**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3200 | Investigations | 8/5/2025 | 4 | Houston Police Academy | |
| 2035 | Crime Victims/Family Violence | 6/4/2025 | 4 | Houston Police Academy | |
| 2040 | Defensive Tactics | 5/28/2025 | 1 | Houston Police Academy | |
| 6050 | Human Trafficking Topics ( Not 3270 or 3271) | 5/27/2025 | 8 | Houston Police Academy | |
| 3930 | Ethics - General In-Service Training | 4/25/2025 | 4 | Houston Police Academy | |
| 2046 | Driving | 4/8/2025 | 8 | Houston Police Academy | |
| 3356 | ALERRT Fire As A Weapon | 3/26/2025 | 4 | Houston Police Academy | |
| 667371 | TEEX Active Attack Event Resp. Leadership | 3/26/2025 | 4 | Houston Police Academy | |
| 2046 | Driving | 2/26/2025 | 8 | Houston Police Academy | |
| 2048 | Recog/Handle Abnormal People | 2/18/2025 | 8 | Houston Police Academy | |
| 3371 | Criminal Intelligence Investigations | 1/16/2025 | 1 | Houston Police Academy | |

# Texas Commission On Law Enforcement
## Personal Status Report

## Courses Completed

**09/01/2023 - 08/31/2025**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 2066 | Implicit bias and social justice | 11/29/2024 | 1 | Houston Police Academy | |
| 4202 | Finding Wellness-Building a Healthier Life | 10/10/2024 | 4 | Houston Police Academy | |
| 2049 | Report Writing - general | 9/26/2024 | 4 | Houston Police Academy | |
| 3402 | DWI/DUI Detection and Enforcement | 9/25/2024 | 8 | Houston Police Academy | |
| 2048 | Recog/Handle Abnormal People | 9/19/2024 | 8 | Houston Police Academy | |
| 2055 | Firearms | 9/10/2024 | 8 | Houston Police Academy | |
| 2530 | Duty to Intervene | 9/5/2024 | 8 | Houston Police Academy | |
| 8158 | Body Worn Camera | 9/3/2024 | 2 | Houston Police Academy | |
| 3312 | ALERRT Update | 6/11/2024 | 8 | Houston Police Academy | |
| 3038 | Agency Operations (General) | 3/20/2024 | 8 | Houston Police Academy | |
| 3188 | 88th Session State and Federal Law Update | 3/5/2024 | 8 | Houston Police Academy | 88th Session State and Federal Law Update |
| 3010 | Leadership Training | 3/4/2024 | 8 | Houston Police Academy | |
| 3371 | Criminal Intelligence Investigations | 3/3/2024 | 1 | Houston Police Academy | |
| 2190 | Officer's Emotional Survival | 3/3/2024 | 2 | Houston Police Academy | |
| 3931 | Defensive Driving | 3/3/2024 | 4 | Houston Police Academy | |
| | **Unit Hours** | | 136 | | |

**09/01/2021 - 08/31/2023**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3871 | Stress Management | 8/15/2023 | 8 | Houston Police Academy | |
| 3371 | Criminal Intelligence Investigations | 5/2/2023 | 1 | Houston Police Academy | |
| 2096 | Arrest, Search & Seizure (Non-Intermediate Core Co | 2/27/2023 | 8 | Houston Police Academy | |
| 2048 | Recog/Handle Abnormal People | 1/31/2023 | 8 | Houston Police Academy | |
| 3717 | Social Media-Networking | 12/12/2022 | 2 | Houston Police Academy | |
| 2066 | Implicit bias and social justice | 12/12/2022 | 1 | Houston Police Academy | |
| 3912 | Community Relations | 12/12/2022 | 1 | Houston Police Academy | |
| 3038 | Agency Operations (General) | 11/16/2022 | 8 | Houston Police Academy | |
| 4040 | Mental Impairment (General) | 11/15/2022 | 1 | Houston Police Academy | |

6/1/2026

# Texas Commission On Law Enforcement
## Personal Status Report

## Courses Completed

**09/01/2021 - 08/31/2023**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 40711 | HPD-Trauma-Informed Approach online course | 9/26/2022 | 8 | Houston Police Academy | |
| 4050 | General Disability | 9/26/2022 | 1 | Houston Police Academy | |
| 3371 | Criminal Intelligence Investigations | 9/3/2022 | 1 | Houston Police Academy | |
| 2048 | Recog/Handle Abnormal People | 8/31/2022 | 8 | Houston Police Academy | |
| 3305 | Active Shooter Response | 6/15/2022 | 8 | Houston Police Academy | |
| 3362 | All Terrain Vehicle Operation | 6/14/2022 | 8 | Houston Police Academy | |
| 3891 | Water Rescue | 6/13/2022 | 8 | Houston Police Academy | |
| 3187 | 87th Session State and Federal Law Update | 5/11/2022 | 4 | Houston Police Academy | 87th Session State and Federal Law Update |
| 3799 | Staff Training | 5/11/2022 | 1 | Houston Police Academy | |
| 3912 | Community Relations | 5/11/2022 | 1 | Houston Police Academy | |
| 3027 | Verbal/Nonverbal Communication | 5/11/2022 | 6 | Houston Police Academy | |
| 3187 | 87th Session State and Federal Law Update | 5/11/2022 | 4 | Houston Police Academy | 87th Session State and Federal Law Update |
| 2055 | Firearms | 10/26/2021 | 8 | Houston Police Academy | |
| 2049 | Report Writing - general | 10/2/2021 | 1 | Houston Police Academy | |
| 53201 | Death Investigation for Law Enforcement | 10/2/2021 | 2 | Houston Police Academy | |
| 2057 | Courtroom Demeanor/Testimony | 10/1/2021 | 1 | Houston Police Academy | |
| 2048 | Recog/Handle Abnormal People | 10/1/2021 | 8 | Houston Police Academy | |
| 3373 | Cyber Investigation | 10/1/2021 | 2 | Houston Police Academy | |
| | **Unit Hours** | | 118 | | |

**09/01/2019 - 08/31/2021**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 2046 | Driving | 5/23/2021 | 2 | Houston Police Academy | |
| 2055 | Firearms | 3/29/2021 | 1 | Houston Police Academy | |
| 3931 | Defensive Driving | 3/15/2021 | 4 | Houston Police Academy | |
| 2070 | Accident Investigations | 3/8/2021 | 2 | Houston Police Academy | |
| 2066 | Implicit bias and social justice | 3/5/2021 | 8 | Houston Police Academy | |

# Texas Commission On Law Enforcement

## Personal Status Report

## Courses Completed

**09/01/2019 - 08/31/2021**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3308 | Officer Safety/Survival | 1/19/2021 | 4 | Houston Police Academy | |
| 3920 | Ethics in Law Enforcement | 11/22/2020 | 1 | Houston Police Academy | Ethics in Law Enforcement |
| 2047 | Officer Survival/Weapon Retent | 11/22/2020 | 1 | Houston Police Academy | |
| 2085 | Alcohol&Drug Abuse Awareness for Law Enforcement | 11/17/2020 | 1 | Houston Police Academy | |
| 8159 | Enhance Driver Responsibility Program | 11/17/2020 | 1 | Houston Police Academy | |
| 3038 | Agency Operations (General) | 11/17/2020 | 1 | Houston Police Academy | |
| 3511 | Booking Procedures | 8/25/2020 | 1 | Houston Police Academy | |
| 3186 | 86th Legislative Session Legal Update | 8/25/2020 | 4 | Houston Police Academy | 86th Session State and Federal Law Update |
| 3806 | Hazardous Materials (Haz-Mat)/ Haz Mat Investigati | 8/24/2020 | 2 | Houston Police Academy | |
| 2055 | Firearms | 12/7/2019 | 1 | Houston Police Academy | |
| 2048 | Recog/Handle Abnormal People | 10/30/2019 | 8 | Houston Police Academy | |
| 3038 | Agency Operations (General) | 9/26/2019 | 8 | Houston Police Academy | |
| 2055 | Firearms | 9/10/2019 | 1 | Houston Police Academy | |
| | | **Unit Hours** | 51 | | |

**09/01/2017 - 08/31/2019 \***

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3912 | Community Relations | 5/9/2019 | 8 | Houston Police Academy | |
| 3280 | Criminal Investigation - General | 4/23/2019 | 8 | Houston Police Academy | |
| 30418 | Civilian Interaction Training | 2/20/2019 | 4 | Houston Police Academy | Civilian Interaction Training Program |
| 3940 | Community Policing | 2/20/2019 | 4 | Houston Police Academy | |
| 2048 | Recog/Handle Abnormal People | 10/25/2018 | 8 | Houston Police Academy | |
| 3038 | Agency Operations (General) | 9/4/2018 | 8 | Houston Police Academy | |
| 3854 | Computer Operations | 4/6/2018 | 4 | Houston Police Academy | |
| 2048 | Recog/Handle Abnormal People | 3/5/2018 | 8 | Houston Police Academy | |
| 2020 | Homicide/Assault Inv. | 11/22/2017 | 1 | Houston Police Academy | |

# Texas Commission On Law Enforcement

## Personal Status Report

### Courses Completed

**09/01/2017 - 08/31/2019 ***

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 2046 | Driving | 11/14/2017 | 8 | Houston Police Academy | |
| 3185 | 85th Legislative Session Legal Update | 11/8/2017 | 8 | Houston Police Academy | 85th Session State and Federal Law Update |
| 6012 | Health/Safety/Physical Fitness/Stress | 10/24/2017 | 8 | Houston Police Academy | |
| 3912 | Community Relations | 10/10/2017 | 8 | Houston Police Academy | |
| 2095 | Use of Force (Non-Intermediate Core Course) | 10/3/2017 | 8 | Houston Police Academy | |
| | | **Unit Hours** | 93 | | |

**09/01/2015 - 09/30/2017**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3940 | Community Policing | 12/14/2016 | 8 | Houston Police Academy | |
| 2048 | Recog/Handle Abnormal People | 11/30/2016 | 8 | Houston Police Academy | |
| 3799 | Staff Training | 11/29/2016 | 8 | Houston Police Academy | |
| 2075 | Traffic Direction | 8/30/2016 | 1 | Houston Police Academy | |
| 8158 | Body Worn Camera | 7/19/2016 | 2 | Houston Police Academy | |
| 2190 | Officer's Emotional Survival | 6/28/2016 | 16 | Houston Police Academy | |
| 2048 | Recog/Handle Abnormal People | 2/3/2016 | 8 | Houston Police Academy | |
| 3184 | 84th Legislative Session Legal Update | 1/20/2016 | 8 | Houston Police Academy | 84th Session State and Federal Law Update |
| 3723 | Police Field Training | 1/7/2016 | 8 | Houston Police Academy | Peace Officer Field Training |
| 3308 | Officer Safety/Survival | 12/18/2015 | 8 | Houston Police Academy | |
| 3912 | Community Relations | 12/11/2015 | 8 | Houston Police Academy | |
| 3702 | Field Training Officer | 10/16/2015 | 24 | Houston Police Academy | |
| 3340 | Crowd Control | 9/10/2015 | 8 | Houston Police Academy | |
| | | **Unit Hours** | 115 | | |

**09/01/2013 - 08/31/2015**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 2048 | Recog/Handle Abnormal People | 8/20/2015 | 8 | Houston Police Academy | |

# Texas Commission On Law Enforcement

## Personal Status Report

## Courses Completed

**09/01/2013 - 08/31/2015**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 2042 | Mechanics of Arrest & Search | 6/11/2015 | 8 | Houston Police Academy | |
| 3912 | Community Relations | 2/11/2015 | 8 | Houston Police Academy | |
| 3338 | Law Enforcement Ambush Response | 2/10/2015 | 8 | Houston Police Academy | |
| 3308 | Officer Safety/Survival | 1/26/2015 | 8 | Houston Police Academy | |
| 3327 | Low light tactical operations training | 12/17/2014 | 8 | Houston Police Academy | |
| 2040 | Defensive Tactics | 12/12/2014 | 8 | Houston Police Academy | |
| 2046 | Driving | 12/4/2014 | 8 | Houston Police Academy | |
| 3280 | Criminal Investigation - General | 10/31/2014 | 40 | Houston Police Academy | |
| 3344 | Less Lethal Electronic Control Device Training | 5/27/2014 | 8 | Houston Police Academy | |
| 3854 | Computer Operations | 4/30/2014 | 24 | Houston Police Academy | |
| 2045 | Patrol Procedures | 2/26/2014 | 1 | Houston Police Academy | |
| 3183 | 83rd Legislative Session Legal Update | 2/19/2014 | 8 | Houston Police Academy | 83rd Session State and Federal Law Update |
| 3835 | Tactical Trauma Care | 1/14/2014 | 8 | Houston Police Academy | |
| 2048 | Recog/Handle Abnormal People | 11/5/2013 | 8 | Houston Police Academy | |
| 3702 | Field Training Officer | 10/7/2013 | 40 | Houston Police Academy | |
| 2048 | Recog/Handle Abnormal People | 9/13/2013 | 8 | Houston Police Academy | |
| | | **Unit Hours** | 209 | | |

**09/01/2011 - 08/31/2013**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3700 | Management/Supervision | 4/8/2013 | 1 | Houston Police Academy | |
| 3700 | Management/Supervision | 2/6/2013 | 2 | Houston Police Academy | |
| 3100 | LAW | 1/31/2013 | 4 | Houston Police Academy | |
| 2048 | Recog/Handle Abnormal People | 9/25/2012 | 4 | Houston Police Academy | |
| 3100 | LAW | 9/25/2012 | 4 | Houston Police Academy | |
| 3300 | Patrol/Tactical | 9/18/2012 | 16 | Houston Police Academy | |
| 3904 | Cultural Awareness | 9/11/2012 | 8 | Houston Police Academy | |

# Texas Commission On Law Enforcement

## Personal Status Report

## Courses Completed

**09/01/2011 - 08/31/2013**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3930 | Ethics - General In-Service Training | 9/7/2012 | 8 | Houston Police Academy | |
| 3286 | Eyewitness Evidence/Identification (Mandate) | 9/4/2012 | 8 | Houston Police Academy | |
| 3358 | Police Bicycle | 5/17/2012 | 32 | Houston Police Academy | |
| 3358 | Police Bicycle | 5/9/2012 | 8 | Houston Police Academy | |
| 2047 | Officer Survival/Weapon Retent | 3/28/2012 | 8 | Houston Police Academy | |
| 2048 | Recog/Handle Abnormal People | 3/13/2012 | 8 | Houston Police Academy | |
| 3182 | 82nd Legislative Session Legal Update | 2/1/2012 | 4 | Houston Police Academy | 82nd Session State and Federal Law Update |
| 3270 | Human Trafficking | 2/1/2012 | 4 | Houston Police Academy | Human Trafficking |
| 2106 | Crime Scene Investigation (Intermediate) | 10/28/2011 | 32 | Houston Police Academy | Crime Scene Investigation (Intermediate) |
| 3930 | Ethics - General In-Service Training | 10/6/2011 | 8 | Houston Police Academy | |
| 3904 | Cultural Awareness | 9/26/2011 | 8 | Houston Police Academy | |
| | **Unit Hours** | | 167 | | |

**09/01/2009 - 08/31/2011**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3300 | Patrol/Tactical | 8/9/2011 | 8 | Houston Police Academy | |
| 3300 | Patrol/Tactical | 6/22/2011 | 8 | Houston Police Academy | |
| 2107 | Use of Force (Intermediate) | 12/8/2010 | 16 | Houston Police Academy | Use of Force (Intermediate) |
| 2111 | Spanish for Law Enforcement - Test Out  (Intermedi | 12/8/2010 | 0 | Houston Police Academy | Spanish for Law Enforcement (Intermediate) Spanish for Telecommunicators (Intermediate) |
| 2105 | Child Abuse Prevention and Investigation (Interm.) | 12/3/2010 | 24 | Houston Police Academy | Child Abuse Prevention and Investigation (Intermediate) |
| 3920 | Ethics in Law Enforcement | 11/8/2010 | 8 | Houston Police Academy | Ethics in Law Enforcement |
| 2055 | Firearms | 11/3/2010 | 8 | Houston Police Academy | |

# Texas Commission On Law Enforcement

## Personal Status Report

---

## Courses Completed

**09/01/2009 - 08/31/2011**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3843 | CIT-Update | 10/18/2010 | 8 | Houston Police Academy | Crisis Intervention Training (Intermediate) issued prior to 4-1-18<br>Peace Officer Intermediate Options<br>Peace Officer Intermediate Options 2009-09 |
| 3311 | ALERRT Level 1 | 4/27/2010 | 16 | Houston Police Academy | ALERRT Level 1 |
| 2048 | Recog/Handle Abnormal People | 3/24/2010 | 8 | Houston Police Academy | |
| 3181 | 81st Legislative Session Legal Update | 3/10/2010 | 8 | Houston Police Academy | State and Federal Law Update |
| 4040 | Mental Impairment (General) | 2/16/2010 | 8 | Houston Police Academy | |
| 3300 | Patrol/Tactical | 2/8/2010 | 8 | Houston Police Academy | |
| | | **Unit Hours** | 128 | | |

**09/01/2007 - 08/31/2009**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 2096 | Arrest, Search & Seizure (Non-Intermediate Core Co | 8/28/2009 | 8 | Houston Police Academy | |
| 2049 | Report Writing - general | 8/25/2009 | 8 | Houston Police Academy | |
| 3232 | Special Investigative Topics | 8/24/2009 | 8 | Houston Police Academy | Special Investigative Topics (Intermediate) |
| 3930 | Ethics - General In-Service Training | 8/21/2009 | 8 | Houston Police Academy | |
| 3200 | Investigations | 8/20/2009 | 8 | Houston Police Academy | |
| 3320 | Terrorism & Homeland Security (General) | 5/7/2009 | 16 | Houston Police Academy | |
| 3800 | Technical/Specialized | 2/19/2009 | 4 | Houston Police Academy | |
| 3722 | Peace Officer Field Training | 2/5/2009 | 80 | Houston Police Academy | Peace Officer Field Training |
| 3300 | Patrol/Tactical | 8/12/2008 | 60 | Houston Police Academy | |

# Texas Commission On Law Enforcement

## Personal Status Report

## Courses Completed

**09/01/2007 - 08/31/2009**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3842 | CIT(16hr)-BPOC | 8/12/2008 | 0 | Houston Police Academy | Crisis Intervention Training (AdvPOC) issued prior to 4-1-18<br>Crisis Intervention Training (Intermediate) issued prior to 4-1-18<br>Peace Officer Intermediate Options<br>Peace Officer Intermediate Options 1987-01<br>Peace Officer Intermediate Options 2005-01<br>Peace Officer Intermediate Options 2006-01<br>Peace Officer Intermediate Options 2009-09 |
| 1999 | Personnel Orientation by Dept. Basic Proficiency | 8/12/2008 | 0 | Houston Police Academy | Personnel Orientation |
| 2176 | S.F.S.T. NHTSA 24hour Practitioner - BPOC | 8/12/2008 | 0 | Houston Police Academy | |
| 4001 | Mental Health Officer Training Course | 8/12/2008 | 36 | Houston Police Academy | Crisis Intervention Training (AdvPOC) issued prior to 4-1-18<br>Crisis Intervention Training (Intermediate) issued prior to 4-1-18<br>Peace Officer Intermediate Options<br>Peace Officer Intermediate Options 1987-01<br>Peace Officer Intermediate Options 2005-01<br>Peace Officer Intermediate Options 2006-01<br>Peace Officer Intermediate Options 2009-09 |
| 1000 | Basic Peace Officer | 7/25/2008 | 984 | Houston Police Academy | Crisis Intervention Training (Mandate)<br>Cultural Diversity (Mandate)<br>S.F.S.T. NHTSA 24hour Practitioner<br>Special Investigative Topic (Mandate) |

**Unit Hours** 1220

# Texas Commission On Law Enforcement
## Personal Status Report

## Courses Completed

**09/01/2005 - 08/31/2007**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 2070 | Accident Investigations | 8/18/2007 | 4 | HOUSTON ISD POLICE DEPT.   (Training Rosters) | |
| 3283 | Gangs | 8/18/2007 | 4 | HOUSTON ISD POLICE DEPT.   (Training Rosters) | |
| 6011 | Alcohol/Drug Abuse Recognition | 8/16/2007 | 1 | HOUSTON ISD POLICE DEPT.   (Training Rosters) | |
| 3150 | Law Update | 8/15/2007 | 4 | HOUSTON ISD POLICE DEPT.   (Training Rosters) | |
| 3300 | Patrol/Tactical | 8/14/2007 | 16 | HOUSTON ISD POLICE DEPT.   (Training Rosters) | |
| 3800 | Technical/Specialized | 1/2/2007 | 4 | HOUSTON ISD POLICE DEPT.   (Training Rosters) | |
| 3311 | ALERRT Level 1 | 12/29/2006 | 16 | TEEX Central Texas Police Academy | ALERRT Level 1 |
| 3800 | Technical/Specialized | 11/21/2006 | 6 | OTHER TRAINING | |
| 3300 | Patrol/Tactical | 11/20/2006 | 6 | OTHER TRAINING | |
| 2108 | Arrest, Search, and Seizure (Intermediate) | 11/12/2006 | 16 | OTHER TRAINING | Arrest, Search, and Seizure (Intermediate) |
| 3900 | Community | 8/7/2006 | 4 | OTHER TRAINING | |
| 3900 | Community | 6/10/2006 | 16 | OTHER TRAINING | |
| 3900 | Community | 6/3/2006 | 4 | Texas Commission on Law Enforcement | |
| 3841 | Crisis Intervention Training | 6/2/2006 | 16 | OTHER TRAINING | Crisis Intervention Training (AdvPOC) issued prior to 4-1-18 Crisis Intervention Training (Intermediate) issued prior to 4-1-18 Peace Officer Intermediate Options Peace Officer Intermediate Options 1987-01 Peace Officer Intermediate Options 2005-01 Peace Officer Intermediate Options 2006-01 Peace Officer Intermediate Options 2009-09 |

**Unit Hours**    117

# Texas Commission On Law Enforcement

## Personal Status Report

## Courses Completed

**09/01/2003 - 08/31/2005**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3800 | Technical/Specialized | 8/8/2005 | 4 | OTHER TRAINING | |
| 2109 | Spanish for Law Enforcement (Intermediate) | 3/5/2005 | 24 | OTHER TRAINING | Spanish for Law Enforcement (Intermediate) Spanish for Telecommunicators (Intermediate) |
| 3300 | Patrol/Tactical | 8/10/2004 | 8 | Houston Police Academy | |
| 3277 | Identity Theft | 8/6/2004 | 4 | OTHER TRAINING | Identity Theft (Intermediate) |
| 3232 | Special Investigative Topics | 8/4/2004 | 16 | OTHER TRAINING | Special Investigative Topics (Intermediate) |
| 3939 | Cultural Diversity | 8/2/2004 | 8 | OTHER TRAINING | Cultural Diversity (Intermediate) |
| 1999 | Personnel Orientation by Dept. Basic Proficiency | 2/17/2004 | 0 | OTHER TRAINING | Personnel Orientation |
| | **Unit Hours** | | 64 | | |

**09/01/2001 - 08/31/2003**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3800 | Technical/Specialized | 8/6/2003 | 4 | Houston Police Academy | |
| 3800 | Technical/Specialized | 3/15/2003 | 16 | OTHER TRAINING | |
| 3800 | Technical/Specialized | 3/14/2003 | 16 | OTHER TRAINING | |
| 3807 | TCIC/NCIC for Less than Full Access Operators | 7/26/2002 | 8 | Harris County Sheriff's Academy | |
| 3900 | Community | 7/10/2002 | 2 | Harris County Sheriff's Academy | |
| 3257 | Combined Asset Forfeiture and Racial Profiling | 7/8/2002 | 8 | Humble Police Department | Asset Forfeiture (Intermediate) Racial Profiling (Intermediate) |
| 3800 | Technical/Specialized | 5/15/2002 | 4 | Harris County Sheriff's Academy | |
| 3800 | Technical/Specialized | 4/25/2002 | 4 | Harris County Sheriff's Academy | |
| | **Unit Hours** | | 62 | | |

6/1/2026

# Texas Commission On Law Enforcement

## Personal Status Report

## Courses Completed

**09/01/1999 - 08/31/2001**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 1000 | Basic Peace Officer | 4/18/2001 | 610 | University of Houston - Downtown LEA | Cultural Diversity (Mandate) Special Investigative Topic (Mandate) |
| | | **Unit Hours** | 610 | | |

**09/01/1997 - 08/31/1999**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 1000 | Basic Peace Officer | 5/12/1999 | 610 | University of Houston - Downtown LEA | Cultural Diversity (Mandate) Special Investigative Topic (Mandate) |
| | | **Unit Hours** | 610 | | |
| | | **Total Hours** | 3722 | | |

## Total Hours

| | |
|---|---|
| **Total Career/Professional Hours** | 0 |
| **Total TCOLE Course Hours** | 3722 |
| **Total Hours** | 3722 |

*Courses submitted between 09/01/2017 and 09/30/2017 will be credited to the 2015-2017 and 2017-2019 training unit, but will only count once toward total training hours.