

Healthcare     Education     Research     Community     About

GIVE     CAREERS     INTRANET



## Baylor College of Medicine

Baylor College of Medicine  >  Valeria Maria Contreras

## Valeria Maria Contreras, M.D.

**Assistant Professor**

## Email

contrera@bcm.edu

## Positions

**Assistant Professor**

Psychiatry & Behav Sciences
Baylor College of Medicine
Houston, TX, US

## Addresses

**Ben Taub Hospital (Office)**
Room: BTGH-2.216
Houston, TX, 77030
United States

## Education

**BS from John Hopkins University**

Baltimore

**MD from Baylor College of Medicine**

Houston

## Websites

VIICTR Publications List

Log In to edit your profile

Follow Us

| HEALTHCARE | EDUCATION | RESEARCH |
| --- | --- | --- |
| Specialties | Programs & Admissions | Our Research |

MyChart Login

For Patients & Visitors

For Health Professionals

Clinical Trials

Find a Physician

Student & Trainee Resources

Faculty Resources

School of Medicine

Graduate School of Biomedical Sciences

National School of Tropical Medicine

School of Health Professions

Tuition & Fees

Financial Aid

Core Labs

Faculty Labs

Research Centers

Research Offices

**COMMUNITY**

Healthcare Outreach

Education Outreach

Global Programs

Community Events

**ABOUT**

Our Campus

Departments

Academic Centers

Administrative Offices

Affiliates

Leadership

Giving

Alumni

**RESOURCE LINKS**

Contact Us

Find a Person

Careers

BCM Team Shop

News

Title IX Office

Compliance

©1998-2026 Baylor College of Medicine® | 1 Baylor Plaza, Houston, Texas 77030 | 713-798-4951

Compliance    Privacy    Intranet

Have an edit or suggestion for this page?