UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT W. VAN KIRK, | § | CIVIL ACTION NO. 4:26−cv−02517 |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| OFFICER M. HERNANDEZ, et al. | § | |
| *Defendants* | § | Jury Trial Demanded |

**ORDER ON DEFENDANT VALERIA M. CONTRERAS, MD'S
MOTION FOR JUDGMENT ON THE PLEADINGS**

The Court, having considered Defendant Valeria M. Contreras, MD's Motion for

Judgment on the Pleadings finds that the Motion should be GRANTED.

Accordingly, the Court ORDERS that all claims asserted by Plaintiff Robert W. Van

Kirk against Defendant Valeria M. Contreras, MD are DISMISSED WITH PREJUDICE.

_____
DISTRICT JUDGE