United States Courts
Southern District of Texas
FILED
JUL 1 7 2026
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ROBERT W. VAN KIRK, | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 4:26-cv-02517 |
| *v.* | § | |
| | § | Honorable George C. Hanks, Jr. |
| Officer Hernandez, et al., | § | |
| *Defendants.* | § | |

**PLAINTIFF'S LIMITED NON-OPPOSITION TO DOCUMENT 28**

**PRAYER**

Plaintiff respectfully requests that the Court grant Document 28 only to the extent necessary to dismiss, without prejudice, all claims against Harris County Hospital District d/b/a Harris Health, Jasmine Balbir Singh Aneja, R.N., and Monique Jones, LMSW, with each party bearing its own costs.

Respectfully submitted,

Robert Van Kirk

Dated: July 17, 2026

/s/ ROBERT W. VAN KIRK
*Plaintiff, Pro Se*
7366 Brace St., Houston, TX 77061
(832) 428-2882
robertwaynevankirk@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2026, a true and correct copy of the foregoing document was served on all parties of record via the Court's CM/ECF electronic filing system, or by certified U.S. mail where CM/ECF service was unavailable.

/s/ ROBERT W. VAN KIRK