**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

ROBERT W. VAN KIRK,
***Plaintiff***,

*v.*

OFFICER M. HERNANDEZ, et al.,
***Defendants***.

Civil Action No. 4:26-cv-02517

Honorable George C. Hanks, Jr.

**[PROPOSED] ORDER ON DOCUMENT 28**

**[PROPOSED] ORDER ON HARRIS HEALTH, NURSE ANEJA, AND MONIQUE JONES'S MOTION TO DISMISS (DOC. 28)**

The Court has considered Harris County Hospital District d/b/a Harris Health, Jasmine Balbir Singh Aneja, R.N., and Monique Jones, LMSW's Motion to Dismiss (Doc. 28) and Plaintiff's limited non-opposition.

It is ORDERED that all claims against Harris County Hospital District d/b/a Harris Health, Jasmine Balbir Singh Aneja, R.N., and Monique Jones, LMSW are DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs.

SIGNED on ______________________________, 2026.

______________________________________________

UNITED STATES DISTRICT JUDGE

Respectfully submitted,

Dated: July 17, 2026

**/s/ ROBERT W. VAN KIRK**
*Plaintiff, Pro Se*
7366 Brace St., Houston, TX 77061
(832) 428-2882
robertwaynevankirk@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2026, I will cause a true and correct copy of the foregoing Complaint and Summons to be served on each Defendant by private process server pursuant to Fed. R. Civ. P. 4.

**/s/ ROBERT W. VAN KIRK**