United States Courts
Southern District of Texas
FILED

JUL 17 2026

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ROBERT W. VAN KIRK, | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 4:26-cv-02517 |
| *v.* | § | |
| | § | Honorable George C. Hanks, Jr. |
| Officer Hernandez, et al., | § | |
| *Defendants.* | § | |

# PLAINTIFF'S LIMITED NON-OPPOSITION TO DOCUMENT 32

## PRAYER

Plaintiff respectfully requests that the Court grant Document 32 only to the extent necessary to dismiss, without prejudice, all claims against Dr. Valeria M. Contreras, with each party bearing its own costs.

Respectfully submitted,

Dated: July 17, 2026

Robert W. Van Kirk /s/ **ROBERT W. VAN KIRK**

*Plaintiff, Pro Se*
7366 Brace St., Houston, TX 77061
(832) 428-2882
robertwaynevankirk@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2026, a true and correct copy of the foregoing document was served on all parties of record via the Court's CM/ECF electronic filing system, or by certified U.S. mail where CM/ECF service was unavailable.

/s/ ROBERT W. VAN KIRK

Robert W. Van Kirk