**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

ROBERT W. VAN KIRK,
*Plaintiff*,

v.

OFFICER M. HERNANDEZ, et al.,
*Defendants*.

Civil Action No. 4:26-cv-02517

Honorable George C. Hanks, Jr.

## [PROPOSED] ORDER ON DOCUMENT 32

## [PROPOSED] ORDER ON DR. VALERIA M. CONTRERAS'S MOTION FOR JUDGMENT ON THE PLEADINGS (DOC. 32)

The Court has considered Dr. Valeria M. Contreras's Motion for Judgment on the Pleadings (Doc. 32) and Plaintiff's limited non-opposition.

It is ORDERED that all claims against Dr. Valeria M. Contreras are DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs.

SIGNED on ______________________________, 2026.

______________________________________________

UNITED STATES DISTRICT JUDGE

Respectfully submitted,

Dated: July 17, 2026

**/s/ ROBERT W. VAN KIRK**
*Plaintiff, Pro Se*
7366 Brace St., Houston, TX 77061
(832) 428-2882
robertwaynevankirk@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2026, I will cause a true and correct copy of the foregoing Complaint and Summons to be served on each Defendant by private process server pursuant to Fed. R. Civ. P. 4.

**/s/ ROBERT W. VAN KIRK**