**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

ROBERT W. VAN KIRK,
*Plaintiff*,

Civil Action No. 4:26-cv-02517

Honorable George C. Hanks, Jr.

*v.*

OFFICER M. HERNANDEZ, et al.,
*Defendants*.

## [PROPOSED] ORDER ON DOCUMENT 30

## [PROPOSED] ORDER ON DEFENDANTS CITY OF HOUSTON AND OFFICER M. HERNANDEZ'S MOTION TO DISMISS (DOC. 30)

The Court has considered Defendants City of Houston and Officer M. Hernandez's Motion to Dismiss (Doc. 30), Plaintiff's narrowed response, the record, and applicable law. It is ORDERED that the motion is **GRANTED IN PART** and **DENIED IN PART**:

**1.** The motion is DENIED as to Count I's Fourth Amendment unreasonable-seizure claim against Officer M. Hernandez in his individual capacity.

**2.** At Plaintiff's election, Counts II through IX, all claims against the City of Houston, all claims against the unidentified John Doe officers, and all requests for prospective declaratory or injunctive relief are DISMISSED WITHOUT PREJUDICE.

**3.** The remaining claim is Count I against Officer M. Hernandez in his individual capacity for damages arising from the alleged initial seizure.

SIGNED on ______________________________, 2026.

______________________________________________________________________

UNITED STATES DISTRICT JUDGE

Respectfully submitted,

Dated: July 17, 2026

**/s/ ROBERT W. VAN KIRK**
*Plaintiff, Pro Se*
7366 Brace St., Houston, TX 77061
(832) 428-2882
robertwaynevankirk@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2026, I will cause a true and correct copy of the foregoing Complaint and Summons to be served on each Defendant by private process server pursuant to Fed. R. Civ. P. 4.

**/s/ ROBERT W. VAN KIRK**