IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT W. VAN KIRK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4:26-CV-02517 |
| OFFICER M. HERNANDEZ, et al. | § | |
| | § | |
| Defendants. | § | |

**DEFENDANTS CITY OF HOUSTON AND OFFICER M. HERNANDEZ'S CERTIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendants City of Houston and Officer M. Hernandez file this Certificate of Interested Parties, identifying the following persons, associations, firms, partnerships, corporations, affiliates, parent corporations, or other entities that may be financially interested in the outcome of this litigation:

1. Robert Van Kirk, Plaintiff, pro se

   7366 Brace St.
   Houston, TX 77061

2. City of Houston, Texas, defendant

   c/o Arturo G. Michel, City Attorney
   Christy Martin, Section Chief Torts/Civil Rights
   Melissa Azadeh, Senior Assistant City Attorney
   City of Houston Legal Department
   900 Bagby Street, Fourth Floor
   Houston, Texas 77002
   Tel. 832-393-6270
   Fax 832-393-6259
   melissa.azadeh@houstontx.gov

3. Officer Hernandez, defendant

   c/o Arturo G. Michel, City Attorney

Christy Martin, Section Chief Torts/Civil Rights
Melissa Azadeh, Senior Assistant City Attorney
City of Houston Legal Department
900 Bagby Street, Fourth Floor
Houston, Texas 77002
Tel. 832-393-6270
Fax 832-393-6259
melissa.azadeh@houstontx.gov

4. Harris County Hospital District d/b/a Harris Health, defendant

   c/o Michael Fritz
   Office of the Harris County Attorney
   4800 Fournace Place
   Sixth Floor, East Wing
   Houston, TX 77401
   Michael.Fritz@harrishealth.org

5. Jasmine Balbir Singh Aneja, R.N., defendant

   c/o Michael Fritz
   Office of the Harris County Attorney
   4800 Fournace Place
   Sixth Floor, East Wing
   Houston, TX 77401
   Michael.Fritz@harrishealth.org

6. Monique Jones, LCSW, defendant

   c/o Michael Fritz
   Office of the Harris County Attorney
   4800 Fournace Place
   Sixth Floor, East Wing
   Houston, TX 77401
   Michael.Fritz@harrishealth.org

7. Officer John Doe, defendant

Respectfully Submitted,

**ARTURO G. MICHEL**
**City Attorney**

CHRISTY MARTIN
Chief, Torts/Civil Rights Section

By: */s/ Melissa Azadeh*
MELISSA AZADEH
Senior Assistant City Attorney
*Attorney in Charge*
Texas Bar No. 24064851
Federal ID No. 1090186
Tel. (832) 393-6270
Melissa.Azadeh@houstontx.gov
City of Houston Legal Department
P.O. Box 368
Houston, Texas 77001-0368
**ATTORNEYS FOR DEFENDANTS CITY OF HOUSTON AND OFFICER HERNANDEZ**

**CERTIFICATE OF SERVICE**

On this 23rd day of July 2026, a true and correct copy of the foregoing document was duly served upon all parties through their attorneys of record by electronically filing same with the District CM/ECF system, in accordance with the Rules, and/or alternatively by e-mail, to all parties of record.

*/s/ Melissa Azadeh*
Melissa Azadeh