UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT W. VAN KIRK,<br>*Plaintiff*,<br><br>v.<br><br>OFFICER M. HERNANDEZ, et al.<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:26−cv−02517<br><br><br><br><br><br>Jury Trial Demanded |

**DEFENDANT VALERIA M. CONTRERAS, MD'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and this Court's order, Defendant Valeria M. Contreras, MD (Defendant) files this Certificate of Interested Persons and Corporate Disclosure Statement, and would respectfully show this Court as follows:

**I.**

To the best of Defendant's knowledge, Defendant hereby discloses the following pursuant to this Court's order:

1) All persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

a. Robert Van Kirk, Plaintiff

b. Valeria M. Contreras, MD, Defendant

c. Baylor College of Medicine, Defendant's Employer

d. Jasmine Balbir Singh Aneja, RN, Codefendant

e. Officer M. Hernandez, Codefendant

f. Officer John Doe, Codefendant

g. City of Houston, Codefendant

h. Harris County Hospital District d/b/a Harris Health, Codefendant – a political subdivision of the State of Texas

2) Defendant is unaware of any corporation whose securities are publicly traded that is financially interested in the outcome of this litigation.

3) Defendant will amend this Certificate if any new parties are added or if additional persons or entities that are financially interested in the outcome of this litigation are identified at any time during the pendency of this litigation.

Respectfully submitted,

SPENCER FANE, LLP

By: ___________________________

E. Dale Burrus
Attorney-in-Charge
State Bar No. 24012120
SDTX Bar No. 30517
dburrus@spencerfane.com
Colin P. Goodman
State Bar No. 24099683
SDTX Bar No. 3047488
cgoodman@spencerfane.com
3040 Post Oak Boulevard, Suite 1400
Houston, Texas 77056
Telephone: (713) 552-1234
Telecopier: (713) 963-0859

ATTORNEYS FOR DEFENDANT
VALERIA M. CONTRERAS, MD

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of July 2026, a true and correct copy of the foregoing was served on all counsel of record in accordance with the Federal Rules of Civil Procedure.

E. Dale Burrus