**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

ROBERT W. VAN KIRK,
*Plaintiff*,

Civil Action No. 4:26-cv-02517

Honorable George C. Hanks, Jr.

*v.*

OFFICER M. HERNANDEZ, et al.,
*Defendants*.

**[PROPOSED] ORDER ON PLAINTIFF'S NOTICE OF FILING SECOND AMENDED COMPLAINT AND MOTION TO PRESERVE SUBMITTED BRIEFING ON COUNT I**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

**ROBERT W. VAN KIRK,**

Plaintiff,

v.

**OFFICER M. HERNANDEZ, et al.,**

Defendants.

---

# [PROPOSED] ORDER ON PLAINTIFF'S NOTICE OF FILING SECOND AMENDED COMPLAINT AND MOTION TO PRESERVE SUBMITTED BRIEFING ON COUNT I

Before the Court is Plaintiff's Notice of Filing Second Amended Complaint and Motion to Preserve Submitted Briefing on Count I. The Court has considered the motion, the parties' positions, the docket, and the applicable rules.

The Court notes that Dkt. 42 permits amendment of pleadings through August 31, 2026 without leave of court. Plaintiff's Second Amended Complaint is accepted for filing subject to the Federal Rules of Civil Procedure and the Court's prior orders.

It is therefore ORDERED that:

**1.** Plaintiff's Second Amended Complaint is recognized as filed within the amendment period established by Dkt. 42.

**2.** The pending briefing in Dkts. 30, 36, and 39 may be considered as addressing the materially unchanged Fourth Amendment Count I against Officer M. Hernandez, to the extent the Court determines that Count I remains materially unchanged.

**3.** The City of Houston and Officer M. Hernandez may file any response permitted by the Federal Rules of Civil Procedure or directed by the Court concerning the Second Amended Complaint, including any response they contend is necessary concerning Count I.

**4.** This Order does not apply the briefing in Dkt. 30 automatically to Counts II through V. Defendants retain the opportunity to answer or otherwise respond to those claims under Federal Rule of Civil Procedure 15(a)(3) and any applicable scheduling order.

**5.** Nothing in this Order adjudicates the merits of any claim or defense, waives any defense, or limits the Court's authority to require supplemental briefing.

SIGNED this ______ day of ____________________, 2026.

______________________________

GEORGE C. HANKS, JR. UNITED STATES DISTRICT JUDGE