**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ROBERT W. VAN KIRK,** | § | |
| | § | |
| **PLAINTIFF *pro se*,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **OFFICER M. HERNANDEZ, in his individual capacity; OFFICER JOHN DOE, in his individual capacity; THE CITY OF HOUSTON; HARRIS COUNTY HOSPITAL DISTRICT d/b/a HARRIS HEALTH SYSTEM / BEN TAUB HOSPITAL; VALERIE M. CONTRERAS, M.D., in her individual capacity, and JASMINE BALBIR SINGH ANEJA, R.N., in her individual capacity,** | § § § § § § § § § § § | **CIVIL ACTION NO. 4:26-CV-02517** |
| | § | |
| **DEFENDANTS.** | § | |

**ORDER ON DEFENDANTS' MOTION TO DISMISS**

The Court, having considered the Motion to Dismiss filed by Defendant Harris County Hospital District d/b/a Harris Health and Monique Jones (collectively, "Defendants"), finds that the motion should be GRANTED.

Accordingly, the Court ORDERS that all claims asserted by Van Kirk against Defendants are DISMISSED WITH PREJUDICE.

______________________________

DISTRICT JUDGE