**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Robert W. Van Kirk, | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 4:26-cv-02517 |
| *v.* | § | |
| | § | Honorable George C. Hanks, Jr. |
| Officer Hernandez, et al., | § | |
| *Defendants.* | § | |

**ORDER**

The Court has considered Defendants City of Houston and Officer M. Hernandez's Motion to Dismiss (Dkt. 50), Plaintiff's response, the operative Second Amended Complaint (Dkt. 45, as clarified by Dkt. 46), and the applicable law.

It is ORDERED that the motion is DENIED as to Count I against Officer M. Hernandez and as to Count II against the City of Houston.

SIGNED on this ______ day of ________________, 2026.

______________________________
UNITED STATES DISTRICT JUDGE